**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____     Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CAH Acquisition Company 12, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Fairfax Community Hospital** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1730967** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40 Hospital Rd.**<br>**Fairfax, OK 74637** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Osage** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | CAH Acquisition Company 12, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | Eastern District of North Carolina | When | 3/17/19 | Case number | 9-01229-5-JNC |
|---|---|---|---|---|---|---|
| | District | Western District of Missouri | When | 10/23/11 | Case number | 11-44749-drd11 |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **CAH Acquisition Company 12, LLC**                              Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  1, 2019**
                        MM / DD / YYYY

X **/s/ Charles E. Cartwright, Trustee for Receiver for Debtor**
Signature of authorized representative of debtor

**Charles E. Cartwright, Trustee for Receiver for Debtor**
Printed name

Title    **Trustee, Fairfax Healthcare Authority, Receiver for Debtor**

**18. Signature of attorney**

X **/s/ Sam G. Bratton**
Signature of attorney for debtor

Date **April  1, 2019**
          MM / DD / YYYY

**Sam G. Bratton**
Printed name

**Doerner, Saunders, Daniel & Anderson, L.L.P.**
Firm name

**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
Number, Street, City, State & ZIP Code

Contact phone    **(918) 582-1211**       Email address    **sbratton@dsda.com**

**OBA No. 1086 OK**
Bar number and State

Debtor   **CAH Acquisition Company 12, LLC**

Name

Case number *(if known)* _____

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | When | | | |
|---|---|---|---|---|---|
| Debtor | **CAH Acquisition Company #1 LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **2/19/19** | Case number, if known | **5:2019bk00730** |
| Debtor | **CAH Acquisition Company #2 LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankrptcu Court** | When | **3/17/19** | Case number, if known | **5:2019bk01230** |
| Debtor | **CAH Acquisition Company #3 LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/14/19** | Case number, if known | **5:2019bk01180** |
| Debtor | **CAH Acquisition Company #4 LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/17/19** | Case number, if known | **5:2019bk01228** |
| Debtor | **CAH Acquisition Company #5 LLC** | | | Relationship to you | |
| District | **Kansas Bankruptcy Court** | When | **3/13/19** | Case number, if known | **6:2019bk10359** |
| Debtor | **CAH Acquisition Company 11, LLC** | | | Relationship to you | |
| District | **Tennessee Western Bankruptcy Court** | When | **3/08/19** | Case number, if known | **2:2019bk22020** |
| Debtor | **CAH Acquisition Company 12, LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/17/19** | Case number, if known | **5:2019bk01229** |
| Debtor | **CAH Acquisition Company 6, LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/21/19** | Case number, if known | **4:2019bk01300** |
| Debtor | **CAH Acquisition Company 7, LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/21/19** | Case number, if known | **5:2019bk01298** |
| Debtor | **CAH Acquisition Company 7, LLC.** | | | Relationship to you | |
| District | **Oklahoma Western Bankruptcy Court** | When | **3/21/19** | Case number, if known | **5:2019bk11040** |
| Debtor | **CAH Acquistion Company 16, LLC** | | | Relationship to you | |
| District | **North Carolina Eastern Bankruptcy Court** | When | **3/17/19** | Case number, if known | **5:2019bk012227** |

---

**Fill in this information to identify the case:**

Debtor name    **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  1, 2019**          X **/s/ Charles E. Cartwright, Trustee for Receiver for Debtor**
                                                Signature of individual signing on behalf of debtor

                                                **Charles E. Cartwright, Trustee for Receiver for Debtor**
                                                Printed name

                                                **Trustee, Fairfax Healthcare Authority, Receiver for Debtor**
                                                Position or relationship to debtor

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CAH Acquisition Company 12, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| QUALITY SYSTEMS PO BOX 511449 LOS ANGELES, California 90051-0000 | Maureen Lavictoire mlavictoire@harris computer.com 888-847-7747 ext 2663 | NextGen Billing Software Services | | | | $175,564.54 |
| REBOOT, INC PO BOX 775535 CHICAGO, Illinois 60677-0000 | 3172254476 | IT Professional Services | | | | $57,744.00 |
| 3M 2807 PAYSPHERE CIRCLE CHICAGO, Illinois 60674-0000 | 6517331110 | Coding Software Services | | | | $39,418.88 |
| GENE EVANS 44702 S. 34700 Rd. PAWNEE, Oklahoma 74058-0000 | Gene Evans MD pawneedoc.@yaho o.com 918-762-3942 | Professional Services | | | | $36,322.00 |
| SHARED MEDICAL SERVICES INC 209 LIMESTONE PASS COTTAGE GROVE, Wisconsin 53527-0000 | Kathy Pitzner kpitzner@sharedm ed.com 608-839-9050 ext 1275 | MRI Services | | | | $32,404.20 |
| HIPPA-GUARD PO BOX 80019 #86038 INDIANAPOLIS, Indiana 46280-0000 | 3173168880 | HIPAA Compliance Services | | | | $29,538.00 |
| CPSI PO BOX 850309 MOBILE, Alabama 36685-0000 | 8774241777 | Payroll and Billing Software Services | | | | $19,081.29 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CAH Acquisition Company 12, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRUCODE, LLC 150 BURFORD HOLLOW ALPHARETTA, Georgia 30022-0000** | **Joanna Neri** jneri@trucode.com 404-606-1699 | **Coding Software Services** | | | | $18,219.00 |
| **PATRIOT PLACEMENT STAFFING LLC 2105 BRIARWOOD DRIVE AMARILLO, Texas 79124-0000** | **Rodney Skelton** rodskelton@gmail.com 806-553.5280 | **Contract Nursing Services** | | | | $17,921.82 |
| **LABCORP PO BOX 12140 BURLINGTON, North Carolina 27216-0000** | **Yoana Molina** moliny1@labcorp.com 800-222-7566 ext 65478 | **Reference Lab Services** | | | | $17,733.27 |
| **ARJO, INC. PO BOX 640799 PITTSBURGH, Pennsylvania 15264-0000** | nick.williams@arjo.com nick.williams@arjo.com 925-330-6251 | **Medical Supplies** | | | | $16,240.34 |
| **SYSCO FOOD SERVICES PO BOX 1127 NORMAN, Oklahoma 73070-0000** | **Jennifer Kopeki** kopeki.jennifer@oksysco.com 281-758-6583 | **Dietery and Housekeeping Supplies** | | | | $16,152.13 |
| **OSU FOUNDATION 400 S MONROE STILLWATER, Oklahoma 74074-0000** | **Dee Niles** dniles@osugiving.com 405-385-5136 | **Recruiting Services** | | | | $16,000.00 |
| **BECKMAN COULTER INC DEPT CH 10164 PALATINE, Illinois 60055-0000** | **Gigi Garcia** ggarcia02@beckman.com 714-792-1462 | **Lab Equipment Rental/Reagents** | | | | $14,422.61 |
| **MILLER EMS, LLC PO BOX 65 MEDFORD, Oklahoma 73759-0000** | **Matthew Miller** mems@millerems.com 580-395-2426 | **Ambulatory Transportation Services** | | | | $14,281.86 |
| **MEDLINE INDUSTRIES INC PO BOX 121080 DEPT 1080 DALLAS, Texas 75312-0000** | **Shane Reed** sreed@medline.com 262-367-7501 ext 2252 | **Medical Supplies** | | | | $13,374.05 |

Debtor **CAH Acquisition Company 12, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STANDLEY SYSTEMS, LLC PO BOX 460 CHICKASHA, Oklahoma 73023-0000** | **Tom Fender** <br><br>**tfender@standleys. com** <br>**580-761-4163** | **Copier Services** | | | | **$11,770.49** |
| **GAS & SUPPLY 125 THRUWAY PARK BROUSSARD, Louisiana 70518-3601** | **Kathy Walsh** <br><br>**cathy.walsh@gasa ndsupply.com** <br>**918-224-6455** | **Oxygen Vendor** | | | | **$11,745.79** |
| **UNITED LINEN UNIFORM SERVICES 400 WEST FRANK PHILLIPS BARTLESVILLE, Oklahoma 74005-0000** | **8002596808** | **Linen Services** | | | | **$10,335.04** |
| **HEARTLAND PATHOLOGY CONSULTANT 3509 FRENCH PARK DRIVE SUITE D EDMOND, Oklahoma 73034-7296** | **Vicki Bogard** <br><br>**vbogard@heartlan dpath.com** <br>**405-715-4500** | **Pathology Services** | | | | **$9,729.15** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **CAH Acquisition Company 12, LLC**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,599.50 |
| Prior to the filing of this statement I have received | $ | 12,599.50 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Town of Fairfax, OK.**

3.  The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Town of Fairfax, OK or purchaser**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **None.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  1, 2019**

*Date*

/s/ Sam G. Bratton

**Sam G. Bratton**
*Signature of Attorney*
**Doerner, Saunders, Daniel & Anderson, L.L.P.**
**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
**(918) 582-1211   Fax: (918) 591-5360**
**sbratton@dsda.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **CAH Acquisition Company 12, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Health Acquisition CO, LLC,A West VA LLC** | | | |
| **HMC/CAH Consolidated, Inc. A Delaware Co** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Trustee, Fairfax Healthcare Authority, Receiver for Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 1, 2019**

Signature    **/s/ Charles E. Cartwright, Trustee for Receiver for Debtor**

**Charles E. Cartwright, Trustee for Receiver for Debtor**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re **CAH Acquisition Company 12, LLC**
_____

Debtor(s)

Case No. _____

Chapter **11**

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■   Original
☐   Amendment
☐   Add       ☐   Delete

      I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

      I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

      **If this filing is an amendment to the creditor list, indicate _only_ the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

    **717**    # of Creditors (or if amended, # of creditors added)

Method of submission:
    a)   __**X**__   uploaded to Electronic Case Filing System; or
    b)   _____ Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at
               www.oknb.uscourts.gov, or available in the Clerk's Office)
_____# of Creditors (on attached list) to be deleted

**/s/ Charles E. Cartwright, Trustee for Receiver**
**for Debtor**
_____
Debtor Signature
Address:(if not represented by an attorney)

_____

_____
Phone:(if not represented by an attorney)

_____
Joint Debtor Signature
Address:(if not represented by an attorney)

_____

_____
Phone:(if not represented by an attorney)

**/s/ Sam G. Bratton**
_____
Attorney Signature
**Sam G. Bratton**
**Doerner, Saunders, Daniel & Anderson, L.L.P.**
**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
**(918) 582-1211**
**(918) 591-5360**
**sbratton@dsda.com**

Date: **April  1, 2019**

_[Check if applicable]_
___ Creditors with foreign addresses included

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

3M
2807 PAYSPHERE CIRCLE
CHICAGO, Illinois 60674-0000

PO BOX 613
STILLWATER, Oklahoma 74076-0000

5021 TAFT BLVD APT #4304
WICHITA FALLS, Texas 763

3M
REMITTANCE PROCESSING DEPT
MAIL STOP 224-05-N-42
ST. PAUL, Minnesota 55144-0000

ACCURATENOW
7515 IRVINE CENTER DRIVE
IRVINE, California 92618-0000

AIR EVAC EMS
1001 Boardwalk Springs,S2
Attn: Training Center
O'Fallon, Missouri 63368

A+ PRINTING
119 N THIRD
PONCA CITY, Oklahoma 74601-0000

ADVANCE BOILER REPR & SVC
36168 W STATE HWY 51
MANNFORD, Oklahoma 74044-0000

AIR MED CARE
PO Box 948
West Plains, Missouri 65

AAAASF
7500 GRAND AVENUE SUITE 200
GURNEE, Illinois 60031-0000

ADVANCED FILING SYSTEM INC
9528 E 55TH STREET STE A
TULSA, Oklahoma 74145-8151

AIRGAS USA, LLC
PNC BANK
PO BOX 676015
DALLAS, Texas 75267-6015

ABBOTT LABORATORIES INC
100 ABBOTT PARK ROAD
ABBOTT PARK, Illinois 60064-0000

ADVANCED LABORATORY SERVICES, LLC
300 N. MERIDIAN SUITE 205-S
OKLAHOMA CITY, Oklahoma 73107-0000

AIRSORCE
PO BOX 415
OWASSO, Oklahoma 74055-

ABBVIE
ATTN DEPT. V345
1 NORTH WAUKEGAN ROAD
NORTH CHICAGO, Illinois 60064-0000

ADVANCED MOLECULAR DIAGNOSTICS
535 EAST CRESCENT AVE
ATTN: CHIEF EXECUTIVE OFFICER
RAMSEY, New Jersey 07446-0000

ALEXANDER R GENTY
19901 COKER ROAD
TECUMSEH, OK 74873

ABILITY NETWORK INC
DEPT CH 16577
PALATINE, Illinois 60055-6577

AFCO INSURANCE PREMIUM FINANCE
PO BOX 360572
PITTSBURGH, Pennsylvania 15250-6572

ALFA MEDICAL EQUIPMENT I
265 POST AVE SUITE 350
WESTBURY, New York 11590

ACCENT FLOWERS & GIFTS
315 NORTH MAIN
FAIRFAX, Oklahoma 74637-0000

AGFA HEALTHCARE CORPORATION
MAIL CODE 5583
PO BOX 105046
ATLANTA, Georgia 30348-5046

ALICIA ROACH
140 S 5TH
FAIRFAX, Oklahoma 74637-

ACCENT FLOWERS & GIFTS
315 NORTH MAIN
FAIRFAX, Oklahoma 74637-0000

AGILITY HEALTH LLC
PO BOX 5509
CAROL STREAM, Illinois 60197-5509

ALIMED INC
PO BOX 9135
DEDHAM, Massachusetts 02

ACCURAD MEDICAL IMAGING SERVICES,LLC
PO BOX 1128
MANNFORD, Oklahoma 74044-0000

AIESA
233 N MICHIGAN AVE, 21st FLOOR
CHICAGO,, Illinois 60601-5800

ALLERGAN USA, INC
12975 COLLECTIONS CENTERD
CHICAGO, Illinois 60693-

ALLICIEM MOTLEY
44750 S 346 RD
PAWNEE, OK 74058

ALLMED PROFESSIONAL, INC
406 SURREY WOODS DRIVE
ST CHARLES, Illinois 60174-0000

AM PM
PO BOX 60519
CHARLOTTE, North Carolin

ALLRED RECRUITING GROUP
PO BOX 7261
SHAWNEE MISSION, Kansas 66207-0000

ANGELA D IRONS
2825 LA CANN DRIVE
PONCA CITY, OK 74604

ARTHROCARE MEDICAL CORPO
7000 WEST WILLIAM CANNON D
BUILDING ONE
AUSTIN, Texas 78735-0000

ALLSTATE WORKPLACE DIVISION
PO BOX 650514
DALLAS, Texas 75265-0514

ANTHONY S DAVIS
250 ROBERTSON ADDITION RD
FAIRFAX, OK 74637

ARTHUR THOMPSON
PO BOX 154
PAWNEE, Oklahoma 74058-0

ALTIS BARBARA
PO BOX 412
SHIDLER, Oklahoma 74652-0000

ANTHONY TECHNOLOGY LLC
1216 E KENOSHA ST#266
BROKEN ARROW, Oklahoma 74012-0000

ARVIN J POURTORKAN
P.O. BOX344
EDMOND, OK 73083

AMBASSADOR COMPANY
PO BOX 890287
CHARLOTTE, North Carolina 28289-0287

APIC
PO BOX 79502
BALTIMORE, Maryland 21279-0000

ASHLEY D ENGLE
201 S 7TH STREET
FAIRFAX, OK 74637

AMERICAN MEDICAL ASSOCIATION
PO BOX 930884
ATLANTA, Georgia 31193-0884

APRIA HEALTHCARE LLC
1716 SOLUTIONS CENTER
CHICAGO, Illinois 60677-1007

AT&T
PO BOX 5014
CAROL STREAM, Illinois 6

AMERICAN OSTEOPATHIC ASSOC
PO BOX 6250
CAROL STREAM, Illinois 60197-6250

Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
80 Broad St. Suite 3303
1325 6th Ave. Suite 600B.
New York, NY 10019

ATHENA HEALTH, INC
PO BOX 415615
BOSTON, Massachusetts 02

AMERICAN PROFICIENCY INSTITUTE
1159 BUSINESS PARK DRIVE
TRAVERSE CITY, Michigan 49686-0000

ARJO, INC.
PO BOX 640799
PITTSBURGH, Pennsylvania 15264-0000

Atlas Advance Funding, L
c/o Edward W. Miller, Esq
821 Franklin Ave. Ste. 20
Garden City, NY 11530

AMERIPATH TULSA DIAGNOSTICS
16375 COLLECTIONS CENTER DR
CHICAGO, Illinois 60693-0163

ARMAN JANLOO
4599 N WASHINGTON ST APT 26L
STILLWATER, Oklahoma 74075-0000

ATLAS ADVANCED FUNDING, L
132 32nd Street, Ste. 316
Brooklyn, NY 11232

AMY L DOMENY
P.O. BOX 61
RALSTON, OK 74650

ARMSTRONG MEDICAL
575 KNIGHTSBRIDGE PKWY
PO BOX 700
LINCOLNSHIRE, Illinois #####-####

Atlas Advanced Funding, L
c/o Edward W. Miller., Es
821 Franklin Ave. Ste. 20
Garden City, NY 11530

132 32nd Street
Suite 316
Brooklyn, NY 11232

117 N HARRISON
CUSHING, Oklahoma 74023-0000

5310 SOUTH LABURNUM AVE
RICHMOND, Virginia 23231

AUDIT MICRO CONTROLS INC
222 TECHNOLOGY PKWY
PO BOX 3369
EATONTON, Georgia 31024-0000

BECKMAN COULTER INC
DEPT CH 10164
PALATINE, Illinois 60055-0000

BIOTE MEDICAL, LLC
1875 W WALNUT HILL LN, ST1
IRVING, Texas 75038-0000

AUTO CHLOR SERVICES LLC
PO BOX 4869
DEPARTMENT #205
HOUSTON, Texas 77210-4869

BECKY DORNER & ASSOC, INC
546 SCOTLAND STREET
DUNEDIN, Florida 34698-0000

BKD, LLP
1201 WALNUT STREET, SUITE1
KANSAS CITY, Missouri 64

BARON HEALTHCARE
PO BOX 3249
NEW YORK, New York 10116-0000

BERRY - 1132256539
PO BOX 37013
CLEVELAND, Ohio 44137-0000

BLUE CROSS & BLUE SHLD OK
BILLING DEPT
PO BOX 3283
TULSA, Oklahoma 74102-32

BARON HR HEALTHCARE, LLC
AMERISOURCE FUNDING, INC
PO BOX 4738
HOUSTON, Texas 77210-4738

BEST WESTERN PLUS
BROADWAY INN AND SUITES
6101 N SANTA FE
OKLAHOMA CITY, Oklahoma 73118-0000

BLUE CROSS BLUE SHIELD OK
PO BOX 801285
KANSAS CITY, Missouri 64

BAXTER HEALTHCARE CORP
ONE BAXTER PARKWAY
DEERFIELD, Illinois 60015-0000

BIGHEART TIMES
PO BOX 469
BARNSDALL, Oklahoma 74002-0000

BOSTON SCIENTIFIC CORP
PO BOX 951653
DALLAS, Texas 75395-1653

BAYER MEDICAL CARE INC.
3930 Edison Lakes Pkwy
Mishawaka, Indiana 46545-0000

BILLIE J SHIELDNIGHT
433 N 4th STREET
FAIRFAX, OK 74637

BRENDA R SCHAEFER
505 N. ROCK RD APT 803
WICHITA, KS 67206

BAYTREE LEASING COMPANY
ACCTS RECEIVABLE
PO BOX 94125
PALATINE, Illinois 60094-4125

BINTZ PHARMACY
2701 N 14th STREET
PONCA CITY, Oklahoma 74601-0000

BRENNA L ANSON
44750 S 346 RD
PAWNEE, OK 74058

BAYTREE LEASING COMPANY
ACCTS RECEIVABLE
PO BOX 94125
PALATINE, Illinois 60094-4125

BIO-RAD LABORATORIES INC
DEPT. 9740
LOS ANGELES, California 90084-9740

BRIGGS CORPORATION
7300 Westown Parkway
At Your Credit Services
West Des Moines, Iowa 50

BCBSKC - PCA
PO BOX 419169
ATTN: BRENT HARRIS
KANSAS CITY, Missouri 64141-6169

BIO-RAD LABORATORIES INC
DEPT. 9740
LOS ANGELES, California 90084-9740

BRITTNEE S MORRIS
35636 EW 120
SEMINOLE, OK 74868

BROWN JANETTE L.                    CARDINAL HEALTH                    CARDINAL HEALTH
101 SOUTH CHESTER ROAD              PO BOX 730112                      390 N. 2nd STREET
SWARTHMORE, Pennsylvania 19081-1911 MEDICAL PRODUCTS & SERVICES        RALSTON, OK 74650
                                    DALLAS, Texas 75373-0112


BRYAN A PLANK                       CARDINAL HEALTH 200, LLC           CARLEY M MCINTURF
PLANK LAW FIRM                      7000 CARDINAL PLACE                605 S 7TH
PO BOX 489                          DUBLIN, Ohio 43017-0000            FAIRFAX, OK 74637
STILWATER, Oklahoma 74076-0000


BUECHLER AUTO SUPPLY                CARDINAL HEALTH MEDICAL            CARRA M WILLIANS
340 N MAIN                          MEDICAL PRODUCTS                   160 N. 4TH STREET
FAIRFAX, Oklahoma 74637-0000        PO BOX 730112                      FAIRFAX, OK 74637
                                    DALLAS, Texas 75373-0112


BYRON STAPLES                       CARDINAL HLTH DAL PHARMACY         CARSTENS
401 S 7TH STREET                    PHARMACEUTICAL DISTRIBUTION        PO BOX 99110
FAIRFAX, Oklahoma 74637-0000        PO BOX 847384                      CHICAGO, Illinois 60693-
                                    DALLAS, Texas 75284-7384


C & C MAGNET LLC                    CARDINAL HLTH DAL PHARMCY          CARSTENS
12926 1ST ST STE 3                  PHARMACEUTICAL DISTRIBUTION        PO BOX 99110
PO BOX 430                          PO BOX 847384                      CHICAGO, Illinois 60693-
BECKER, Minnesota 55308-0000        DALLAS, Texas 75284-7384


C & M CONNECTIONS                   CARDINAL HLTH-728457               CASEY R STEELE
6105 county Road 5800               C/O BANK OF AMERICA                350101 E 4550 ROAD
Lubbock, TX 79415                   PO BOX 847384                      PAWNEE, OK 74058
                                    DALLAS, Texas 75284-7384


C.G. ADVERTISING                    CARDIOLOGY OF OKLAHOMA             CBIZ VALUATION GROUP, LL
8436 S. 110TH E. AVE                802 S JACKSON                      ONE CITY PLACE DRIVE, STE5
TULSA, Oklahoma 74133-0000          SUITE 500                         ST LOUIS, Missouri 63141
                                    TULSA, Oklahoma 74127-0000


CABLE & CONNECTIVITY SOLUTIONS      CAREERTRACK                       CDW GOVERNMENT
4721 HASTINGS PLACE                 PO BOX 219468                      75 REMITTANCE DR, STE 151
LAKE OSWEGO, Oregon 97035-0000      KANSAS CITY, Missouri 64121-9468   CHICAGO, Illinois 60675-


CADMET INC.                         CAREEXPAND, LLC                    CEDAR CREEK SEMINARS, LL
PO BOX 24                           8330 LYNDON B JOHNSON FWY          PO BOX 663
MALVERN, Pennsylvania 19355-0000    SUITE 1180                         COWETA, Oklahoma 74429-0
                                    DALLAS, Texas 75243-0000


CARDIAC SCIENCE CORP                CARI LYNN REEVES                   CENTER FOR MEDICAL EDUCA
DEPT 0587                           1625 DONAHOE                       PO BOX 600
PO BOX 120587                       PONCA CITY, OK 74601               CREAMERY, Pennsylvania 1
DALLAS, Texas 75312-0587

CENTIM...
PO BOX 536254
PITTSBURGH, Pennsylvania 15253-5904

1833 Shady Lane
EDMOND, Oklahoma 73003-0000

9881 BROKENLAND PKWY SUITE
COLUMBIA, Maryland 21046


CENTRAL COMPOUND PHARMACY
805 BELLE VISTA DRIVE, SUITE 200
SPRINGFIELD, Kentucky 40069-0000

CITY FINANCE
2200 SOUTH 4TH
PONCA CITY, Oklahoma 74601-0000

COMMUNITY DIRECTORIES
PO BOX 1024
SAPULPA, Oklahoma 74067-


CENTRAL DRUG SYSTEM
16560 HARBOR BLVD SUITE A
FOUNTAIN VALLEY, California 92708-0000

CITY MAGNET, INC
PO BOX 529
257 VALLEY ROAD
SUNRISE BEACH, Missouri 65079-1000

COMPONE SERVICES, LTD
2448 E 81st St
Suite 900
TULSA, Oklahoma 74137-00


CENTURION MEDICAL PRODUCTS CORP
PO BOX 842816
BOSTON, Massachusetts 02284-2816

CITY NATIONAL BANK & TRUST
ATTN: JACKIE SANTOS
PO BOX 2009
LAWTON, Oklahoma 73502-0000

COMPSOURCE OKLAHOMA
PO BOX 269021
OKLAHOMA CITY, Oklahoma


CHARLES CROWELL III
624 S 7TH STREET
FAIRFAX, Oklahoma 74637-0000

CITY OF PAWNEE
510 ILLINOIS
PAWNEE, Oklahoma 74058-0000

COMPUTER PRODUCTS & SUPPI
975 NIMCO DRIVE, UNIT C
CRYSTAL LAKE, Illinois 6


CHARLES CROWELL III
624 S 7TH STREET
FAIRFAX, Oklahoma 74637-0000

CLEVELAND AMERICAN
PO BOX 68
CLEVELAND, Oklahoma 74020-0000

COMPUTER PROGRAMS & SYSTI
6600 WALL STREET
MOBILE, Alabama 36685-00


CHELSEA J HOLMES
500 TALLCHIEF DRIVE
FAIRFAX, OK 74637

CLIA LABORATORY PROGRAM
PO BOX 530882
ATLANTA, Georgia 30353-0882

COMTRIX SOLUTIONS, INC
COMTRIX HEALTHCARE
22656 PHILOMONT RIDGE CT
ASHBURN, Virginia 20148-


CHRISSIE N COLLINS
50950 E 45-5 RD
PAWNEE, OK 74058

CLIFF WILSON
2206 HAVENWOOD ROAD
PONCA CITY, Oklahoma 74604-0000

CONE INSTRUMENTS
5201 NAIMAN PARKWAY
SOLON, Ohio 44139-1020


CIM TEL CABLE INC
PO BOX 248886
OKLAHOMA CITY, Oklahoma 73124-0886

CLIFTON L WILSON
2206 HAVENWOOD RD
PONCA CITY, OK 74604

CONNECTIONS AND MORE INC
1647 E 75TH STREET NORTH
TULSA, Oklahoma 74126-00


CINDY ROGERS
301 S. Regan Ave
Fairfax, Oklahoma 74637-0000

CLINICAL CODING SOLUTIONS
1700 SWIFT, STE 200
NORTH KANSAS CITY, Missouri 64116-0000

CONNIE BURTRUM
200 N. 2nd Street
FAIRFAX, Oklahoma 74637-

CONNIE...                      219 S. PITTSBURG AVENUE        1532 COUNTY ROAD 5905
200 N 2ND STREET               TULSA, OK 74112               FAIRFAX, Oklahoma 74637-
FAIRFAX, OK 74637


CONTEMPORARY CONCEPTS INC      CSC                           DEBBIE CRAWFORD
PO BOX 669084                  2711 CENTERVILLE ROAD, STE 400   432 STALLARD ROAD
CHARLOTTE, North Carolina 28266-9084   WILMINGTON, Delaware 19808-0000   HOMINY, OK 74035


CONTROL COMPANY                CUMMINS SOUTHERN PLAIN 027-4242   DEBBIE F MOORE
PO BOX 204348                  PO BOX 206039                 703 HOLMES AVE
DALLAS, Texas 75320-4348       DALLAS, Texas 75320-6039      CUSHING, OK 74023


CPSI                           CURTIS RESTAURANT             DEBBIE FRY
PO BOX 850309                  6577 E 40TH ST                306 N VINE
MOBILE, Alabama 36685-0000     TULSA, Oklahoma 74145-0000    CLEVELAND, Oklahoma 7402


CPSI                           CURTIS RESTAURANT             DEBRA A BARNARD
PO BOX 850309                  6577 E 40TH ST                1532 COUNTY RD 5905
MOBILE, Alabama 36685-0309     TULSA, Oklahoma 74145-0000    FAIRFAX, OK 74637


CREST HEALTHCARE SUPPLY        DANA M BENNETT                DEBRA G CHOATE
PO BOX 727                     420 MASON STREET              404 HILLDALE
DASSEL, Minnesota 55325-0727   FAIRFAX, OK 74637             FAIRFAX, OK 74637


CRITICAL COMM                  DANE & ASSOCIATES ELECTRIC COMPANY INC   DELAWARE SECRETARY OF ST
10222 E 41ST ST                4721 SW 18TH STREET           STATE OF DELAWARE
TULSA, Oklahoma 74146-0000     OKLAHOMA CITY, Oklahoma 73128-0000   DIVISION OF CORPORATIONS
                                                             BINGHAMPTON, New York 19


CROSS COMMUNICATIONS, INC      DAVID K SPEARS                DELLA D MCWILLIAMS
PO BOX 9                       3414 MEADOW LANE              2802 N. LINCOLN STREET
WARNER, Oklahoma 74469-0009    PONCA CITY, OK 74604          Stillwater, OK 74075


CROSS COUNTRY EDUCATION        DBR PUBLISHING CO, LLC        DELTA DENTAL
PO BOX 200                     11375 E 61ST SUITE 102        DELTA DENTAL OF MO LOCKBO
BRENTWOOD, Tennessee 37024-0000   PO BOX 470303, Oklahoma 74147   PO BOX 790320
                                                             ST LOUIS, Missouri 63179


CROWN PHARMACEUTICALS, INC.    DE LAGE LANDEN                DESTANEE R DONALDSON
201 ST. CHARLES AVE.           PO BOX 41602                  PO BOX 36
STE. #114-373                  PHILADELPHIA, Pennsylvania 19101-2602   FAIRFAX, OK 74637
NEW ORLEANS, Louisiana 70170-0000

DEWBERRE
PO BOX 1824
MERRIFIELD, Virginia 22116-1824

DOCUMENT CONTACTING L
ATTN: BETTY GRIGG
324 N MAIN
FAIRFAX, Oklahoma 74637-0000

DOCUMENT CONTACTING L
2626 SOUTH SHERIDAN ROAD, S
PO BOX 35200
TULSA, Oklahoma 74153-00


DIAGNOSTIC HEALTH SERVICES
PO BOX 972288
DALLAS, Texas 75397-0000

DOCUMENT IMAGING SOLUTIONS
PO BOX 470646
TULSA, Oklahoma 74147-0000

DRUMRIGHT REGIONAL HOSPI
610 WEST BYPASS
DRUMRIGHT, Oklahoma 7403


DIAGNOSTIC HEALTH SRVCS
PO BOX 972288
DALLAS, Texas 75397-0000

DONALD R HILL
419 EAST F STREET
JENKS, OK 74037

E G OWENS
40 HOSPITAL ROAD
FAIRFAX, Oklahoma 74637-


DIAGNOSTIC IMAGING ASSOC
PO BOX 973038
DALLAS, Texas 75397-0000

DONNA M RENFRO
72 ROBERTSON ADDITION RD
FAIRFAX, OK 74637

E G OWENS
12500 NE 36TH STREET
Choctaw, OK 73020


DIAGNOSTIC IMAGING ASSOC
PO BOX 973038
DALLAS, Texas 75397-0000

DOORMAN DOOR SERVICE OF TULSA
1405 N HWY 66
CATOOSA, Oklahoma 74015-0000

E GARI OWENS
40 HOSPITAL ROAD
FAIRFAX, Oklahoma 74637-


DIAGNOSTIC LAB OF OK
PO BOX 676324
DALLAS, Texas 75267-6324

DOUG BURTRUM
200 N Second Street
Fairfax, Oklahoma 74637-0000

EAGLEEYE RADIOLOGY INC
PO BOX 856
CARTHAGE, Missouri 64836


DICKSON
930 SOUTH WESTWOOD AVENUE
ADDISON, Illinois 60101-4917

DP MEDICAL SERVICES
23630 E 700 RD
WAGONER, Oklahoma 74467-0000

EAGLEMED
ATTN: VICKIE - EDUCATION
6601 W PUEBLO
WICHITA, Kansas 67209-00


DIETARY MANAGERS ASSOCIATION
406 SURREY WOODS DRIVE
ST CHARLES, Illinois 60174-0000

DP MEDICAL SERVICES
23630 E 700 RD
WAGONER, Oklahoma 74467-0000

ECLIPSE THERAPY SOLUTION
PO BOX 268946
OKLAHOMA CITY, Oklahoma


DIVERSIFIED BIOLOGICALS, LLC
3453 PELHAM ROAD, STE 104
GREENVILLE, South Carolina 29615-0000

DR MARSHALL EARLY
1816 S CARSON
TULSA, Oklahoma 74119-0000

ECOLAB
PO BOX 70343
CHICAGO, Illinois 60673-


DJO GLOBAL, INC.
1430 DECISION STREET
VISTA, California 92081-8553

DRUG ENFORCEMENT ADMINISTRATION
PO BOX 2639
SPRINGFIELD, Virginia 22152-2639

ECOLAB
PO BOX 70343
CHICAGO, Illinois 60673-

EDNA GODDARD                          EPDT                                  FAIRFAX COMMUNITY HOSPIT
416 N 6TH ST                          PO BOX 218                           40 HOSPITAL ROAD
FAIRFAX, OK 74637                     OKLAHOMA CITY, Oklahoma 73101-0218   FAIRFAX, Oklahoma 74637-


EIDEBAILLY LLP                        EPOWERDOC INC                        FAIRFAX DRUG
6226 EAST 101ST, SUITE 200            PO BOX 241642                        249 N MAIN
TULSA, Oklahoma 74137-0000            OMAHA, Nebraska 68124-0000           FAIRFAX, Oklahoma 74637-


ELECTRONIC DICTATION TULSA            ERx, LLC                             FAIRFAX DRUG
9717 E 42ND ST, STE 142               9724 KINGSTONE PIKE STE 1300         249 N MAIN
TULSA, Oklahoma 74146-0000            KNOXVILLE, Tennessee 37922-0000      FAIRFAX, Oklahoma 74637-


EMBASSY SUITES                        EVOQUA 901727915                     FAIRFAX HARDWARE
315 JULIA STREET                      28563 Network place                  229 N MAIN
NEW ORLEANS CONVENTION CENTER         Chicago, Illinois 60673-1285         FAIRFAX, Oklahoma 74637-
NEW ORLEANS, Louisiana 70130-0000


EMERGENCY MEDICAL PRODUCT             EWING ELECTRIC MOTOR LLC             FAMILY DISCOUNT PHARMACY
25196 NETWORK PLACE                   PO BOX 1402                          310 FARIVIEW AVE
CHICAGO, Illinois 60673-1251          1023 S PERKINS ROAD                  PONCA CITY, Oklahoma 746
                                      STILLWATER, Oklahoma 74076-0000


EMERGENCY POWER SYSTEMS, INC          EXCHANGE CART ACCESSORIES            Favorite Healthcare Staff
2959 WEST 21ST STREET                 PO BOX 160                           7255 West 98th Terrace
TULSA, Oklahoma 74107-0000            FREEBURG, Illinois 62243-0000        Building 5, Suite 150
                                                                          Overland Park, Kansas 66


EMERY PRATT COMPANY                   FAIRFAX AREA CHMBR OF COM            FEDERAL EXPRESS
1966 W MAIN ST                        COMMERCE                             PO BOX 660481
OWOSSO, Michigan 48867-1397           PO BOX 35                            DALLAS, Texas 75266-0481
                                      FAIRFAX, Oklahoma 74637-0000


EMPI INC                              FAIRFAX AUTOMOTIVE                   FEDERAL EXPRESS
PO BOX 660154                         701 NORTH MAIN                       PO BOX 660481
DALLAS, Texas 75266-0154              FAIRFAX, Oklahoma 74637-0000         DALLAS, Texas 75266-0481


EMPI INC                              FAIRFAX AUTOMOTIVE                   FIDELITY HEALTHCARE CONS
PO BOX 660154                         701 NORTH MAIN                       PO BOX 959
DALLAS, Texas 75266-0154              FAIRFAX, Oklahoma 74637-0000         STROUD, Oklahoma 74079-0


ENDEX INC OF TULSA                    FAIRFAX CHIEF                        FIRST CALL OF TULSA
PO BOX 471039                         301 HUNSAKER AVENUE                  LOCK BOX 1 PO BOX 1857
TULSA, Oklahoma 74147-0000            FAIRFAX, Oklahoma 74637-0000         OWASSO, Oklahoma 74055-0

FIRST CLASS INC
711 KIMBERLY AVE SUITE 160
PLACENTIA, California 92870-0000

PO BOX 13708
MACON, Georgia 31208-3708

PO BOX 419267
DEPT 823447842
KANSAS CITY, Missouri 64

---

FISHER SCIENTIFIC COMPANY LLC
ACCT #004173-001
PO BOX 404705
ATLANTA, Georgia 30384-4705

GE CAPITAL INFORMATION TECH S
PO Box 538193
C/O PNC BANK
Atlanta, Georgia 30353-6732

GREAT PLAINS SLEEP SPECII
PO BOX 893
WAGONER, Oklahoma 74477-

---

FLEX NURSING LLC
PO BOX 12854
OKLAHOMA CITY, Oklahoma 73157-3000

GEL FUNDING, LLC.
5308 13th Ave. Ste. 324
1330 6th Ave. Ste 600B
Brooklyn, NY 11219

GREEN COUNTRY ED SVCS
29660 S 534 RD
PARK HILL, Oklahoma 7445

---

FRED H MORLEY
208 HIGHLAND ROAD
PAULS VALLEY, OK 73075

Gel Funding, LLC.
c/o Ariel Bouskila, Esq.
1330 6th Ave. Ste. 600B
New York, NY 10019

GREEN COUNTRY REHAB LLC
4142 S HARVARD AVE STE D-
TULSA, Oklahoma 74135-00

---

FREEZER CONCEPTS
PO BOX 863
SOUTHBURY, Connecticut 06488-0000

GENE EVANS
44702 S. 34700 Rd.
PAWNEE, Oklahoma 74058-0000

Green Note Capital ParntI
c/o Joe Lieberman, Esq.
124 Grove Ave.
Cedarhurst, NY 11516

---

GABRIEL GRAHAM
624 S 7th
FAIRFAX, OK 74637

GENE H EVANS
44702 S 34700 RD
PAWNEE, OK 74058

GREEN NOTE CAPITAL PARTNI
1202 Ave. U
Brooklyn, NY 11229

---

GAS & SUPPLY
125 THRUWAY PARK
BROUSSARD, Louisiana 70518-3600

GENZYME BIOSURGERY
PO BOX 223122
PITTSBURGH, Pennsylvania 15251-0000

H & H PLUMBING OF OK
44526 S 35500 RD
PAWNEE, Oklahoma 74058-0

---

GATEWAY EDI LLC
75 REMITTANCE DRIVE
SUITE 6649
CHICAGO, Illinois 60675-6649

GERALD A. DOEKSEN
PMB 292
601 S. WASHINGTON ST
STILLWATER, Oklahoma 74074-0000

HAYES AIR CONDITION & HE
606 E CHEROKEE
PO BOX 676
NOWATA, Oklahoma 74048-0

---

GAWENDA SEMINARS & CONSULTING
23501 CINEMA DR. SUITE 116
VALENCIA, California 91355-0000

GFI SOFTWARE FLORIDA, INC
33 N GARDEN AVENUE, STE 1200
CLEARWATER, Florida 33755-0000

HEALTH CARE LOGISTICS
PO BOX 400
CIRCLEVILLE, Ohio 43113-

---

GE CAPITAL
PO BOX 641419
PITTSBURGH, Pennsylvania 15264-0000

GLAXOSMITHKLINE PHARMACEUTICALS
PO BOX 740415
ATLANTA, Georgia 30374-0415

Healthcare Professional B
PO Box 318
Ellis, Kansas 67637-0000

HEALTHCARE TRUST OF AMERIC
PO BOX 210834
BEDFORD, Texas 76095-0000

HERTZ EQUIPMENT RENTAL
PO BOX 643592
PITTSBURGH, Pennsylvania 15264-3592

HI-PLAINS TRAILER & RENTAL
21900 EAST 96TH STREET
BROKEN ARROW, Oklahoma 7

HEART INSTITUTE OF TULSA
6972 E 38TH ST
TULSA, Oklahoma 74145-0000

HILLCREST MEDICAL CENTER
1120 S. UTICA AVE
TULSA, Oklahoma 74104-0000

HOT SHOT POWER WASHING, I
PO BOX 812
ENID, Oklahoma 73701-000

HEART INSTITUTE OF TULSA DIAGNOSTIC
6972 EAST 38TH STREET
TULSA, Oklahoma 74145-0000

HOSTETTER, NEAL LEWIS
P.O. BOX 496
SHIDLER, OK 74652

HRDIRECT
PO BOX 452019
SUNRISE, Florida 33345-2

HEARTLAND PATHOLOGY CONSULTANTS
3509 FRENCH PARK DRIVE
SUITE D
EDMOND, Oklahoma 73034-7296

HIPPA-GUARD
PO BOX 80019
#86038
INDIANAPOLIS, Indiana 46280-0000

HUBERT COMPANY
25401 NETWORK PLACE
CHICAGO, Illinois 60673-

HELDEBRANDT CONSULTING, LLC
5130 OAK TIMBER DRIVE
TULSA, Oklahoma 74131-0000

HMC/CAH CONSOLIDATED INC
1100 MAIN ST, STE 2350
KANSAS CITY, Missouri 64105-0000

HUTCH'S CUSTOM
230 KAH WAH C RD
FAIRFAX, Oklahoma 74637-

HENRY SCHEIN, LLC
DEPT CH 14125
PALATINE, Illinois 60055-4125

HMS HEALTH LLC
740 SPIRIT 40 PARK DRIVE
CHESTERFIELD, Missouri 63005-1125

HUTCHISON PLUMBING
35245 S 3510 RD
RALSTON, Oklahoma 74650-

HERC
21900 EAST 96TH ST
BROKEN ARROW, Oklahoma 74014-0000

HOBERT SERVICE
PO BOX 2517
CAROL STREAM, Illinois 60132-2517

IDEAL GLASS AND SIGN
530 ILLINOIS
PAWNEE, Oklahoma 74058-0

HERITAGE MEDICAL EQUIPMENT
213 NORTH OAK AVENUE
BROKEN ARROW, Oklahoma 74012-0000

HOLLY EVANS
44702 S. 34700 ROAD
PAWNEE, Oklahoma 74058-0000

IDEAL MARKETING GROUP
PO BOX 141416
IRVING, Texas 75014-0000

HIGH SPEED CAPITAL, LLC.
116 Nassaue Street
Eight Floor
New York, NY 10038

HORIZON SCIENTIFIC, INC.
PO BOX 1797
SUMMERVILLE, South Carolina 29484-0000

IHEALTHCARE, INC
3901 NW 28TH ST, 2ND FLOO
MIAMI, Florida 33142-000

High Speed Capital, LLC.
c/o Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006

HOSPIRA WORLDWIDE INC
75 REMITTANCE SUITE 6136
CHICAGO, Illinois 60675-6136

IKON FINANCIAL SERVICES
PO BOX 650016
DALLAS, Texas 75265-0000

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS<br>PO BOX 660342<br>DALLAS, Texas 75266-0342 | 701 A SOUTH 11TH ST<br>BROKEN ARROW, Oklahoma 74012-0000 | 14 EAGLE DRIVE<br>KAW CITY, OK 74641 |
| IKON OFFICE SOLUTIONS<br>PO BOX 660342<br>DALLAS, Texas 75266-0342 | IntelliHARTx, LLC<br>PO Box 360<br>Findlay, Ohio 45839-0360 | JANICE R LYONS<br>219 DONNING AVENUE<br>MOUNT AYR, IA 50854 |
| IMAGENET<br>913 N BROADWAY AVE<br>OKLAHOMA CITY, Oklahoma 73102-0000 | J PHILIP LOCK<br>8113 E NORMAN STREET<br>BROKEN ARROW, Oklahoma 74014-0000 | JARROD BELTZ<br>401 S 5TH<br>FAIRFAX, OK 74637 |
| IN-HOUSE LABS, LLC<br>16502 N PENNSYLVANIA AVE STE B<br>EDMOND, Oklahoma 73012-0000 | J.A.SEXAUER<br>PO BOX 404284<br>ATLANTA, Georgia 30384-0000 | JASON L MORROW<br>223 N 3rd Street<br>RALSTON, OK 74650 |
| INDIAN ELECTRIC COOPR FMH<br>PO BOX 49<br>CLEVELAND, Oklahoma 74020-0049 | JACLYN K ROLLINS<br>251 W ELM STREET<br>FAIRFAX, OK 74637 | JEREMY D WIKEL<br>523 W 9TH STREET<br>HOMINY, OK 74035 |
| INFOLAB INC<br>PO BOX 1309<br>CLARKSDALE, Mississippi 38614-0000 | JAMES C DRYMON<br>200 S 7TH<br>FAIRFAX, OK 74637 | JHP PHARMACEUTICALS, LLC<br>ONE UPPER POND ROAD<br>BLDG D 4RD FLOOR<br>PARSIPPANY, New Jersey 0 |
| INFOLAB INC<br>PO BOX 1309<br>CLARKSDALE, Mississippi 38614-0000 | JAMES D NOBLE<br>3450 BROOKLYN AVE<br>SEDALIA, Missouri 65301-0000 | JILL L MCCONNELL<br>1233 S 1ST STREET<br>BLACKWELL, OK 74631 |
| INGAUGE HEALTHCARE SOLUTIONS<br>5076 WINTERS CHAPEL ROAD<br>ATLANTA, Georgia 30360-0000 | JAMES GIRVIN<br>102 S SHERRY AVENUE<br>NORMAN, Oklahoma 73069-0000 | JIMMY GRIGG<br>321 N MAIN<br>FAIRFAX, Oklahoma 74637- |
| INGENIX INC<br>PO BOX 27116<br>SALT LAKE CITY, Utah 84127-0116 | JAMES GRAHAM<br>PO BOX 265<br>FAIRFAX, Oklahoma 74637-0000 | JOHN B PANGBURN<br>P.O.BOX 2537<br>PONCA CITY, OK 74602 |
| INSTRUMENTATION LABORATORY<br>PO BOX 347934<br>Pittsburgh, Pennsylvania 15251-4934 | JAMES I GRAHAM<br>348586 E PARKSIDE AVENUE<br>PAWNEE, OK 74658 | JOHNSON CONTROLS FIRE PRL<br>DEPT CH 10320<br>PALATINE, Illinois 60055 |

JOSHUA GOODSELL
4314 N 33RD CT
BROKEN ARROW, Oklahoma 74429-0000

10322 ACME ROAD
SHAWNEE, OK 74804

7355 E 111TH PLACE S
BIXBY, OK 74008


JOSHUA GOODSELL
PO BOX 8
MARAMEC, Oklahoma 74045-0000

KATHY BROCK
40 HOSPITAL RD
FAIRFAX, Oklahoma 74637-0000

KIMBERLY E NOBLE
3450 BROOKLYN
SEDALIA, MO 65301


JOYCE COLLINS
50950 E 4550 RD
PAWNEE, OK 74058

KATHY BROCK
46515 US HWY 60
BURBANK, OK 74633

KIMBERLY J TILLEY
357750 E 5200 ROAD
MARAMEC, OK 74045


JULIA SMITH
217 NORTH 2ND STREET
FAIRFAX, Oklahoma 74637-0000

KAW LAKE ASSOCIATION
3517 LAKE ROAD
PONCA CITY, Oklahoma 74604-0000

KIMBERLY L NAVRATH
350658 E. 1020 RD
PRAGUE, OK 74864


JULIA SMITH
217 N 2ND
FAIRFAX, OK 74637

KAYDEE M CERISE
3042 HUNT RD
PONCA CITY, OK 74604

KINKOS
942 S. Shady Grove Road
Memphis, TN 38120


JUNIOR'S LOCK & ALARM
100 E GRAND AVE
PONCA CITY, Oklahoma 74601-0000

KAYLA BARNARD
20184 E 38TH STREET S
BROKEN ARROW, Oklahoma 74104-0000

KRAFT PEST CONTROL, LLC
45551 S 352RD
PAWNEE, Oklahoma 74058-0


JUSTIN I BEATHARD
2510 BLUESTEAM RD
PONCA CITY, OK 74604

KAYLA L SCOTT
2416 STATE HIGHWAY 18
FAIRFAX, OK 74637

KRISTA D LAMB
301 N 4TH STREET
FAIRFAX, OK 74637


KAREN S COOK
500 S TALLCHIEF DR.
FAIRFAX, OK 74637

KCI USA INC
PO Box 301557
Dallas, Texas 75303-1557

KRISTIN BROCK
2008 JOE STREET
PONCA CITY, OK 74601


KARI P TURNER
1108 3RD STREET
PAWNEE, OK 74058

KELI R MASHBURN
300 S 7th STREET
FAIRFAX, OK 74637

KRISTIN GRIESEL
40 HOSPITAL ROAD
FAIRFAX, Oklahoma 74637-


KASEY S BROWN
46150 E OLD HWY 64
PAWNEE, OK 74058

KELLY S MARTIN
171 BIG BEAR TRAIL
MOUNT AIRY, NC 27030

KRISTIN L GRIESEL
607 ASH STREET
PAWNEE, OK 74058

KRISTY CAMPBELL
172 SOUTH 1ST STREET
RALSTON, OK 74650

2513 WINDSOR RD
PONCA CITY, Oklahoma 74601-16...

LAREDO MANUFACTURING WORKS
8113 E NORMAN STREET
BROKEN ARROW, Oklahoma 7...

KYANNE M WELCH
138 RICHARDSON ADDITION
FAIRFAX, OK 74637

LAURA S RENFROW
400 EAST 13TH STREET
PAWHUSKA, OK 74056

LOCKE SUPPLY
PO BOX 24980
OKLAHOMA CITY, Oklahoma

KYLE WOODERSON
6301 S DATE AVE
BROKEN ARROW, Oklahoma 74011-...

LEAH M EHLER
441 S. TALLCHIEF DRIVE
FAIRFAX, OK 74637

LOCKTON COMPANIES, LLC
PO BOX 802707
C/O COMMERCE BANK
KANSAS CITY, Missouri 64

KYLE WOODERSON
6301 S DATE AVE
BROKEN ARROW, Oklahoma 74011-...

LEGACY CONSULTING SERVICES
1714 PLATT PLACE
MONTGOMERY, Alabama 36117-000...

LOVE, BEAL & NIXON P.C.
PO BOX 32738
ATTN: ACCOUNTING DEPARTM
OLKAHOMA CITY, Oklahoma

LAB SAFETY SUPPLY
PO BOX 5004
JANESVILLE, Wisconsin 53547-50...

LIBERTY MUTUAL INSURANCE
PO BOX 0569
CAROL STREAM, Illinois 60132-05...

LOWES FMH
PO BOX 530954
ATLANTA, Georgia 30353-0

LAB SAFETY SUPPLY
PO BOX 5004
JANESVILLE, Wisconsin 53547-50...

LINDA THOMPSON
PO BOX 276
FAIRFAX, OK 74637

LSL Industries, Inc.
PO BOX 825
Northbrook, Illinois 600

LABCORP
PO BOX 12140
BURLINGTON, North Carolina 272...

LINDE HEALTHCARE STAFFING, INC
PO BOX 915241
DALLAS, Texas 75391-5241

MACKS FURNITURE
113 N BROADWAY
CLEVELAND, Oklahoma 7402

LABSCO
PO BOX 670269
DALLAS, Texas 75267-0269

LINDSAY L.BARRETT
347751 E. 4900 RD.
PAWNEE, OK 74058

MACKS FURNITURE
113 N BROADWAY
CLEVELAND, Oklahoma 7402

LANDAUER INC
PO BOX 809051
CHICAGO, Illinois 60680-9051

LOCK SHOP
215 S. MAIN
BLACKWELL, Oklahoma 74631-000...

MADISON MEDICAL
PO BOX 187
FAIRFAX, Oklahoma 74637-

LANDAUER INC
PO BOX 809051
CHICAGO, Illinois 60680-9051

LOCK TELECOM NETWORKS
8113 E NORMAN STREET
BROKEN ARROW, Oklahoma 74014-...

MAINE STANDARDS COMPANY,L
221 US ROUTE 1
CUMBERLAND FORESIDE, Mai

MAITLAND LABORATORIES INC
645 HAMILTON AVE
MATTITUCK, New York 11952-0000

MALISSA D MACKENZIE
P.O. BOX 59
50338 S 349 RD.
PAWNEE, OK 74058

MARCUS S ELFVING
805 BRENTWOOD DRIVE
PONCA CITY, OK 74601

MARIO SMITH
PO BOX 2733
STILLWATER, Oklahoma 74076-0000

MARK A WOHL
5722 E 33RD COURT
TULSA, Oklahoma 74135-0000

MARKETLAB INC
6850 SOUTHBELT DR
CALEDONIA, Michigan 48316-7680

MARRIOT
3233 NW EXPRESSWAY
OKLAHOMA CITY, Oklahoma 73112-0000

MARY E SMITH/CVC HEALTH CARE
W7844 HOPE LAKE ROAD
LAKE MILLS, Wisconsin 53551-0000

MARY L JORDAN
8078 DOGA CREEK RD
FAIRFAX, OK 74637

Mary Mckenzie
657 County road 5451
Hominy, Oklahoma 74035-0000

MARLA E NUNNE INC
657 CR 5451
HOMINY, OK 74035

MATTHEW L HANEY
11014 S OAK AVENUE
JENKS, OK 74037

MCKESSON CORP
4012 SOUTH PURDUE
OKLAHOMA CITY, Oklahoma 73179-0000

McKESSON MEDICAL SURGICAL
PO BOX 634404
CINCINNATI, Ohio 45263-4404

MCQUEEN LABS
1965 KNIGHTSBRIDGE RD
DANVILLE, Indiana 46122-0000

MED-PRO DISTRIBUTORS, LLC
DEPT 134
PO BOX 14910
HUMBLE, Texas 77347-4910

MEDASSURE
1013 S GIRLS SCHOOL ROAD
INDIANAPOLIS, Indiana 46231-0000

MEDASSURE HEARTLAND, LLC
920 E. COUNTY LINE ROAD
SUITE 102
LAKEWOOD, New Jersey 08701-0000

MEDICAL EDUCATION RESOURCE
9785 MAROON CIRCLE SUITE 100
ENGLEWOOD, Colorado 80112-0000

MEDICAL INVENTORY CONTROL
12400 N SANTE FE AVE
OKLAHOMA CITY, Oklahoma 73114-0000

MCKESSON MEDICAL SURGICAL
PO BOX 121080
DEPT 1080
DALLAS, Texas 75312-0000

MEDTRONIC USA
PO BOX 848086
DALLAS, Texas 75284-8086

MEDUSIND INC.
MAIL CODE: 11 058
PO BOX 70280
PHILADELPHIA, Pennsylvan

MELISSA MCGEE
2020 E 56TH AVE
STILLWATER, Oklahoma 740

MEMORY CURRY
116 S 5TH
FAIRFAX, Oklahoma 74637-

Merchant Advance
c/o Joe Lieberman, Esq.
815 Central Avenue
Lawrence, NY 11559

Merchant Advance
90 State St.
Suite 700 Office 40
Albany, NY 12207

MERRY XRAY CORPORATION
PO BOX 471099
TULSA, Oklahoma 74147-10

MERRY XRAY CORPORATION
PO BOX 471099
TULSA, Oklahoma 74147-10

MESIROW INSURANCE SERVIC
353 NORTH CLARK STREET
CHICAGO, Illinois 60654-

MESIROW FINANCIAL CONSULT
353 NORTH CLARK STREET
CHICAGO, Illinois 60654-0000

12603 COLLECTIONS CENTER DRIVE
CHICAGO, Illinois 60693-0000

NEWSPAPER HOLDINGS INC
PO BOX 2288
STILLWATER, Oklahoma 740

MICHAEL D MARTIN
4537 KIMBERLY WAY
WILMINGTON, NC 28403

MOLLY K PARTEE
300 N 12TH
PONCA CITY, OK 74601

NICHOLE BEAVERS
PO BOX 20
RALSTON, Oklahoma 74650-

MICHAEL J TURNER
16112 WIND CREST WAY
EDMOND, OK 73013

MONICA A WOODS
250 ROBERTSON
FAIRFAX, OK 74637

NICHOLE M BEAVERS
347 N. 2ND
RALSTON, OK 74650

MICHAEL S SCALF
7365 EAST 119 PLACE SOUTH
BIXBY, OK 74008

MONICA D HAU
737 ELM STREET
PERRY, OK 73077

NOA MEDICAL INDUSTRIES, I
801 TERRY LANE
WASHINGTON, Missouri 630

MIKE & AMY SMITH, LLC
500 N MAIN
PO BOX 157
FAIRFAX, Oklahoma 74637-0000

MONICA HAU
1424 CHIMNEY HILL RD
YUKON, Oklahoma 73099-0000

NORTH CENTRAL PUMP
3912 SANTA FE
PONCA CITY, Oklahoma 746

MIKE DRAPER
10231 MERTON
WICHITA, Kansas 67209-0000

MORTARA INSTRUMENT, INC
7865 N 86TH ST
MILWAUKEE, Wisconsin 53224-0000

NORTHERN OKLAHOMA COLLEG
PO Box 2300
1000 S. University
Enid, Oklahoma 73702-000

MILLER EMS, LLC
PO BOX 65
MEDFORD, Oklahoma 73759-0000

MVAP MEDICAL SUPPLIES, INC
1415 LAWRENCE DRIVE
SUITE A
NEWBURY PARK, California 91320-0000

NOVITAS SOLUTIONS 37-131
1800 CENTER STREET
CAMPHILL, Pennsylvania 1

MIRANDA GRAHAM
40 HOSPITAL RD
FAIRFAX, Oklahoma 74637-0000

MYLES W MINOR
140 S 5TH STREET
FAIRFAX, OK 74637

NOVITAS SOLUTIONS- PART A
ATTN: CASHIER
2020 TECHNOLOGY PKWY #100
MECHANICSBURG, Pennsylva

MIRANDA GRAHAM
624 S 7th
FAIRFAX, OK 74637

NATIONAL BUSINESS FURNITURE
PO BOX 514052
MILWAUKEE, Wisconsin 53203-3402

OFFICE DEPOT
PO BOX 660113
DALLAS, Texas 60680-1040

MMI, LLC
1804 LEAWOOD CT
EDMOND, Oklahoma 73034-0000

NEUROCOM INTERNATIONAL INC
95705 E LAWNFIELD RD
CLACKAMAS, Oregon 97015-0000

OHA OKLAHOMA HOSPTL ASSO
4000 LINCOLN BLVD
OKLAHOMA CITY, Oklahoma

OK BUREAU OF INVESTIGATION & COUNTE...
419 NE 38TH STREET
OKLAHOMA CITY, Oklahoma 73105-0000

OKLAHOMA CITY COMM...
4848 N LINCOLN BLVD
OKLAHOMA CITY, Oklahoma 73105-1335

...
PO BOX 2725
OKLAHOMA CITY, Oklahoma

OK CENTRALIZED SUPPORT REGISTRY
PO BOX 268809
OKLAHOMA CITY, Oklahoma 73126-8809

OKLAHOMA ADVANTAGE STOREHOUSE
403 N MAIN STREET
FAIRFAX, Oklahoma 74637-0000

OK LAB ON CALL
PO BOX 2041
STILLWATER, Oklahoma 740

OK EMPLOYMENT SECURITY COMMISSION
PO BOX 52004
OKLAHOMA CITY, Oklahoma 73152-0004

OKLAHOMA ASSOCIATION OF HEALTH
CARE PROVIDERS
2000 NE 28TH
OKLAHOMA CITY, Oklahoma 73105-0000

OKLAHOMA SECRETARY OF ST
2300 N LINCOLN BLVD ROOM 1
OKLAHOMA CITY, Oklahoma

OK GUARANTEED STUDENT LOAN
C/O NCO FINANCIAL SYSTEMS, INC
PO BOX 15109
WILMINGTON, Delaware 19850-5109

OKLAHOMA BLOOD INSTITUTE
DEPT 96-0115
OKLAHOMA CITY, Oklahoma 73196-0115

OKLAHOMA STATE BOARD OF M
101 NE 51ST ST
OKLAHOMA CITY, Oklahoma

OK ST BOARD OF PHARMACY
4545 LINCOLN PLAZA, STE 112
OKLAHOMA CITY, Oklahoma 73105-1335

OKLAHOMA BLOOD INSTITUTE
1001 N LINCOLN BLVD
OKLAHOMA CITY, Oklahoma 73104-0000

OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD
OKLAHOMA CITY, Oklahoma

OK ST UNIV COLLEGE OF OSTEOPATHIC MED
1111 W 17TH STREET
TULSA, Oklahoma 74107-1898

OKLAHOMA DEPT OF LABOR
3017 N STILES, STE 100
OKLAHOMA CITY, Oklahoma 73105-0000

ONCSS
PO BOX 1299
PAWHUSKA, Oklahoma 74056

OK STATE BOARD OF MED LICENSURE
PO BOX 18256
OKLAHOMA CITY, Oklahoma 73154-0256

OKLAHOMA DIETETIC ASSOCIATION
601 S WASHINGTON
#206
STILLWATER, Oklahoma 74074-4539

OPTA
PO BOX 5354
EDMOND, Oklahoma 73083-0

OK STATE DEPT OF HEALTH
PO BOX 268823
OKLAHOMA CITY, Oklahoma 73126-8823

OKLAHOMA EMPLOYMENT SECURITY COMMISSION
PO BOX 52925
OKLAHOMA CITY, Oklahoma 73152-0925

OPTIMAL SYSTEMS INC
PO BOX 932005
ATLANTA, Georgia 31193-2

OKAHSA
PO BOX 1383
EL RENO, Oklahoma 73036-0000

OKLAHOMA HEALTHCARE
2401 NW 23RD ST, SUITE 1A
OKLAHOMA CITY, Oklahoma 73107-0000

ORTHO CLINICAL DIAGNOSTI
5972 COLLECTIONS CENTER D
CHICAGO, Illinois 60693-

OKLA OSTEOPATHIC ASSOCIATION
4848 N LINCOLN BLVD
OKLAHOMA CITY, Oklahoma 73105-3335

OKLAHOMA NATURAL GAS COMPANY
PO BOX 219296
KANSAS CITY, Missouri 64121-9296

OSTEOPOROSIS SERVICES
2921 SW WANAMAKER DRIVE
TOPEKA, Kansas 66614-000

2921 SW WANAMAKER DRIVE          PO BOX 886133                PO BOX 307
TOPEKA, Kansas 66614-0000        LOS ANGELES, California 90088-6133  PAWNEE, Oklahoma 74058-0


OSU  MEDICAL CENTER              PATENTIA INC                 PAWNEE COMMUNITY DIRECTO
ATTN: FINANCE DEPT               103 BOULDER DR               PO BOX 655
PO BOX 2887                      IRONTON, Missouri 63650-0000 PAWNEE, Oklahoma 74067-0
TULSA, Oklahoma 74127-0000


OSU FOUNDATION                   PATIENT TELEPHONE SUPPLY LLC PAWNEE HILLCREST PHARMAC
400 S MONROE                     1022 BRIARRIDGE DRIVE        539 6TH ST
STILLWATER, Oklahoma 74074-0000  BATON ROUGE, Louisiana 70810-0000  PAWNEE, Oklahoma 74058-0


OSU-CHS ADJUNCT REFUNDS          PATRIOT PLACEMENT STAFFING LLC  PAWNEE PUBLIC SCHOOL
ATTN: OFFICE OF THE BURSAR       2105 BRIARWOOD DRIVE         615 Denver Street
700 N GREENWOOD AVE              AMARILLO, Texas 79124-0000   Pawnee, Oklahoma 74058-0
TULSA, Oklahoma 74106-0700


OUHSC, COLLEGE OF MEDICINE       PATTERSON MEDICAL            PAWNEE TRUE VALUE LUMBER
PO BOX 26901                     28100 TORCH PKWY #700        405 SIXTH STREET
SCB 223                          WARRENVILLE, Illinois 60555-3938  PAWNEE, Oklahoma 74058-0
OKLAHOMA CITY, Oklahoma 73126-0901


OWENS & MINOR                    PAULA GREEN                  PC MALL SALES
PO BOX 841420                    402 ELM ST                   FILE 55327
DALLAS, Texas 75284-1420         PAWNEE, Oklahoma 74058-0000  LOS ANGELES, California


PACIFIC MEDICAL LLC              PAULA J MCINTURF             PEAK DEVELOPMENT RESOURC
32981 Calle Perfecto            606 PARK STREET              PO BOX 13267
San Juan Capistrano, California 92675-0000  PAWNEE, OK 74058  RICHMOND, Virginia 23225


PAGE PLUS INC                    PAULA STAPLES                PERSONNEL CONCEPTS
10222 E 41ST ST                  401 S 7TH                    PO BOX 5750
TULSA, Oklahoma 74146-0000       FAIRFAX, OK 74637            CAROL STREAM, Illinois 6


PALACE GROCERY                   PAWNEE BILL MEMORIAL RODEO   PESI, INC
201 N MAIN                       613 HARRISON                 PESI HEALTHCARE
FAIRFAX, Oklahoma 74637-0000     PAWNEE, Oklahoma 74056-0000  PO BOX 900
                                                              EAU CLAIRE, Wisconsin 54


PARKER MEDICAL                   PAWNEE CHAMBER OF COMMERCE   PETER W. BROLICK
2401-C DISTRIBUTION ST           613 HARRISON STREET          Riggs, Abney, Neal, Turpe
CHARLOTTE, North Carolina 28269-0000  PAWNEE, Oklahoma 74058-0000  502 W. 6th Street
                                                              TULSA, OK 74119

PETTY HOSPITAL & CLINIC INC
40 HOSPITAL RD
FAIRFAX, Oklahoma 74637-0000

PONCA CITY MED CENTER VIA
1900 NORTH 14TH STREET
PONCA CITY, Oklahoma 74601-0000

POSTAGE BY PHONE RESERVE AC
PO BOX 975659
DALLAS, Texas 75397-5659


PHILLIP T PRICE
604 N 4TH
MARLOW, OK 73055

PONCA CITY MED CENTER VIA
1900 NORTH 14TH STREET
PONCA CITY, Oklahoma 74601-0000

PRIORITY PHARMACEUTICALS I
4040 SORRENTO VALLEY BLVD
STE D
SAN DIEGO, California 92


PHYLLIS K PILCHER
19941 CR 5451
FAIRFAX, OK 74637

PONCA CITY NEWS
300 N 3RD
PONCA CITY, Oklahoma 74602-0000

PRN FUNDING, LLC
PO BOX 637924
CINCINNATI, Ohio 45263-7


PHYSICIAN MANPOWER TRAINING COMMISSION
5500 NORTH WESTERN AVE
SUITE 201
OKLAHOMA CITY, Oklahoma 73118-0000

PONCA GLASS INC
300 WEST HIGHLAND
PONCA CITY, Oklahoma 74601-4

PROGRESSIVE THERAPY EDUCA
8100 FOREST PARK DRIVE
SUITE 201
PARKVILLE, Missouri 6415


PHYSICIANS' DESK REFERENCE
PO BOX 824683
PHILADELPHIA, Pennsylvania 19182-4683

POSTMASTER
PO BOX FEE PAYMENT
FAIRFAX, Oklahoma 74637-0000

PSS - DALLAS
PO BOX 846260
DALLAS, Texas 75284-6260


PHYSIO-CONTROL, INC
12100 COLLECTIONS CENTER DRIVE
CHICAGO, Illinois 60693-0000

PRAXIS
5825 CALLAGHAN RD STE 203
SAN ANTOINO, Texas 78228-0000

PUSH-PEDAL-PULL
9934 S RIVERSIDE PKWY
TULSA, Oklahoma 74137-00


PICCPROS, LLC
7827 S GARY PL
TULSA, Oklahoma 74136-0000

PRECISION DYNAMICS CORPORATION
4193 SOLUTIONS CENTER
CHICAGO, Illinois 60677-4001

Q & D TRANSCRIPTION SERVI
4 MCKISSIC CREEK ROAD
BENTONVILLE, Arizona 727


PIONEER TECHNOLOGY CENTER 907
2101 N ASH
PONCA CITY, Oklahoma 74601-0000

PRECISION DYNAMICS CORPORATION
4193 SOLUTIONS CENTER
CHICAGO, Illinois 60677-4001

QUALITY SYSTEMS
PO BOX 511449
LOS ANGELES, California


PLICO PHY LIABILITY INS CO
PO BOX 268988
ATTN: ACCOUNTING
OKLAHOMA CITY, Oklahoma 73126-0000

PREMIER CARE OKLAHOMA INC
13810 CHAMPION FOREST DRIVE
SUITE 202
HOUSTON, Texas 77069-0000

QUICKMEDICAL
30200 SE 79TH ST, SUITE 1
ISSAQUAH, Washington 980


PMIC
4727 Wilshire Boulevard
Los Angeles, California 90010-0000

PRIMARY PHARMACEUTICALS INC
273 AZALEA ROAD SUITE 2-321
MOBILE, Alabama 36609-0000

QUILL CORPORATION
PO BOX 37600
ACCT#7329061
PHILADELPHIA, Pennsylvan

R & D EQUIPMENT  
PO BOX 5007  
BURNSVILLE, Minnesota 55337-0000

DEPT 2821  
TULSA, Oklahoma 74182-0000

24288 N 2990 Rd.  
Bartlesville, Oklahoma 7

RACHELE C QUINONES  
12900 STONECREST LANE  
OKLAHOMA CITY, OK 73142

RELIANCE STANDARD LIFE INSURANCE  
17103 Preston Road  
Suite 120  
Dallas, TX 75248

RICKY EMMONS  
6601 N. Broadway  
Guthrie, Oklahoma 73044-

RADIATION SERVICES & CONSULTANT  
PO BOX 157  
RIPLEY, Oklahoma 74062-0000

RELIANCE WHOLESALE  
DEPT #0445  
PO BOX 850001  
ORLANDO, Florida 32885-0445

RICOH USA, INC  
PO BOX 660342  
DALLAS, Texas 75266-0342

RANDY WILSON  
1209 She She Ave  
Hominy, Oklahoma 74035-0000

RENEE A WEATHERFORD  
300 ECHO LANE  
MORRISON, OK 73061

ROBERT CLARK HLTH CENTER  
212 N MAIN  
FAIRFAX, Oklahoma 74637-

RCHA, LLC  
1100 MAIN STREET, SUITE 2350  
KANSAS CITY, Missouri 64105-0000

RENEE WEATHERFORD  
FAIRFAX COMMUNITY HOSPITAL  
FAIRFAX, Oklahoma 74637-0000

ROBIN A ROBERTS  
50751 S. 347 RD  
PAWNEE, OK 74058

REBECCA JOY SPARKS  
203 MAIN BOX 50  
RALSTON, OK 74650

RESPIRATORY MAINTENANCE INC  
12312 BIRCH STREET  
OVERLAND PARK, Kansas 66209-0000

ROBISON MED RESOURCE GRP  
PO BOX 849  
COLOGAH, Oklahoma 74053-

REBOOT, INC  
PO BOX 775535  
CHICAGO, Illinois 60677-0000

RESPIRONICS INC  
PO BOX 405740  
ATLANTA, Georgia 30384-5740

RONA STACY RHIT  
PO BOX 204  
HOWE, Oklahoma 74940-000

RED RIVER CREDIT  
101 W GRAND  
PONCA CITY, Oklahoma 74601-0000

REVCYCLE+, INC  
DEPT 3142  
PO BOX 123142  
DALLAS, Texas 75312-3142

ROY EMMONS  
4028 Driftwood Circle  
Yukon, Oklahoma 73099-00

REDLANDS OFFICES SOLUTIONS LLC  
403 N MAIN STREET  
FAIRFAX, Oklahoma 74637-0000

RHONDA R JIM  
612 CLEVELAND STREET  
PAWNEE, OK 73058

ROY EMMONS  
5664 S 81 W Avenue  
Tulsa, OK 74107

REFLECT WINDOW & DOOR  
8711 - 53 AVENUE  
EDMONTON, Alberta T6E5E9

RICHARD E STEEL  
24288 N 3990 RD  
BARTLESVILLE, OK 74006

RR DONNELLEY  
PO BOX 730216  
DALLAS, Texas 76373-0216

RYAN MADISON
300 S 7TH ST
FAIRFAX, Oklahoma 74637-0000

5021 E. 104TH
PERKINS, Oklahoma 74059-0000

PO BOX 101007
PASADENA, California 911

RYAN S MADISON
300 S. 7TH STREET
FAIRFAX, OK 74637

SHARE CORP
A.R.
PO BOX 245013
MILWAUKEE, Wisconsin 53224-9513

SIEMENS WATER TECHNOLOGIL
PO BOX 360766
PITTSBURGH, Pennsylvania

SAFETY 1ST COMPANY
410 BUCKNER RIDGE LN
MADISONVILLE, Kentucky 42431-0000

SHARED MEDICAL SERVICES INC
209 LIMESTONE PASS
COTTAGE GROVE, Wisconsin 5352PALANTINE, Illinois 6005

SIMPLEXGRINNELL LP
DEPT CH 10320

SAMMONS PRESTON
PO BOX 93040
CHICAGO, Illinois 60673-3040

SHARON F HOLLAND
11234 CR 3577
ADA, OK 74820

SIMPLEXGRINNELL LP
DEPT CH 10320
PALANTINE, Illinois 6005

SAYRE MEMORIAL HOSPITAL INC.
911 HOSPITAL DR.
SAYRE, Oklahoma 73662-0000

SHARON S THOMASON
172 ROBERTSON ADDITION RD
FAIRFAX, OK 74637

Sizewise Rentals, LLC
PO BOX 320
ELLIS, Kansas 67637-0000

SEAN SATTERFIELD
1614 DEAN AVE
PONCA CITY, OK 74604

SHAUN D WILLARD
P.O. BOX 321
PAWNEE, OK 74058

SLEEP MISSION, LLC
7008 EAST 64TH PLACE
TULSA, Oklahoma 74133-00

SED MEDICAL LABORATORIES
PO BOX 27831
ALBUQUERQUE, New Mexico 87125-7831

SHAUN WILLARD
303 Lucy Gilmore Street
Pawnee, Oklahoma 74058-0000

SMITH & NEPHEW INC
PO BOX 205651
DALLAS, Texas 75320-5651

SED MEDICAL LABORATORIES
PO BOX 27831
ALBUQUERQUE, New Mexico 87125-7831

SHELLEY J HUTCHISON
P.O.BOX 61
RALSTON, OK 74650

SOAPWARE, INC.
4220 N CROSSOVER RD
FAYETTEVILLE, Arkansas 7

SELECTFORCE INC
200 NW 66TH ST, STE 972
OKLAHOMA CITY, Oklahoma 73116-0000

SHERRY MCCONNELL
356 N 1ST
RALSTON, OK 74650

SOUTHWEST MEDICAL EQUIPM
21900 EAST 96TH STREET
BROKEN ARROW, Oklahoma 7

SETH A COOKERLY
5021 E 104th
Perkins, OK 74059

SHI HEADQUARTERS
290 DAVIDSON AVE
SUMMERSET, New Jersey 08873-0000

SOUTHWEST VALUATION SERV
PO BOX 777
MANFORD, Ohio 74044-0000

SPEARS                          641 HARRISON STREET            PO BOX 460                          210 OAK STREET, #122
PAWNEE, Oklahoma 74058-0000     CHICKASHA, Oklahoma 73023-0000 POTEAU, Oklahoma 74953-0


SPECIALITY MEDICAL SYSTEMS      STAPLES ADVANTAGE              STILLWATER MEDICAL CENTE
PO BOX 412087                   PO BOX 71217                   PO BOX 268905
KANSAS CITY, Missouri 64141-2087 CHICAGO, Illinois 60694-1217  OKLAHOMA CITY, Oklahoma


SPG Advance, LLC                Starla Allen                   STOLHAND HEATING & AIR
5306 New Utrecht Ave.           40 Hospital Rd                 413 S 3RD
Brooklyn, NY 11219              Fairfax Community Hospital      PONCA CITY, Oklahoma 746
                                Fairfax, Oklahoma 74637-5084


SPG Advance, LLC                STARLA M ALLEN                 STREETS, LLC
5306 New Utrecht Ave            803 N. RIVIERA DR              100 SE 25TH STREET
Brooklyn, NY 11219              CLEVELAND, OK 74020            OKLAHOMA CITY, Oklahoma


SPG Advance, LLC.               STATE OF OK DEPT OF LABOR      SUE MARTIN
c/o Ariel Bouskila, Esq.        3017 NORTH STILES, STE 100     PO BOX 355
1330 6th Ave. Ste. 600B         OKLAHOMA CITY, Oklahoma 73105-0000 FAIRFAX, Oklahoma 74637-
New York, NY 10019


SPIRIT SHOP 685282              State of OK-OSU Center for Health Sciences SUMMIT PROFESSIONAL EDUC
PO BOX 535816                   700 N Greenwood                PO BOX 908
GRAND PRAIRIE, Texas 75053-0001 Tulsa, Oklahoma 74106-0000    FRANKLIN, Tennessee 3706


SPORTS PROMOTION NETWORK        STATE OF OKLAHOMA/ OK STATE REGENTS OF SUN DATA SUPPLY
PO BOX 200548                   655 RESEARCH PARKWAY           3250 WILSHIRE BLVD
ARLINGTON, Texas 76006-0000     SUITE 200                      STE 1620
                                OKLAHOMA CITY, Oklahoma 73104-3603 LOS ANGELES, California


SPORTS PROMOTION NETWORK        STERICYCLE                     SUN LOAN CO
PO BOX 200548                   PO BOX 6575                    1806 N 5TH ST
ARLINGTON, Texas 76006-0000     CAROL STREAM, Illinois 60197-6575 PONCA CITY, Oklahoma 746


ST JOHN COMPANIES               STERILMED, INC                SUPERBSERV, INC
PO BOX 51263                    11400 73RD AVENUE NORTH       1501 NE DEER CT.
LOS ANGELES, California 90051-5563 MAPLE GROVE, Minnesota 55369-0000 LEES SUMMIT, Missouri 6


STACEY L BURTNER                STERIS CORPORATION            SupplyWorks
1813 N.E. WOODLAND              LOCKBOX 771652                701 San Marco Blvd
PONCA CITY, OK 74604           1652 SOLUTION CENTER           Jacksonville, Florida 32
                                CHICAGO, Illinois 60677-1006

SWARTZ... SCULPTURE... SCOPE... INC.
23404 E 88TH STREET
LEE'S SUMMIT, Missouri 64064-0000

313 N 5TH
FAIRFAX, OK 74637

10 MILLPOND DRIVE, UNIT #
LAFAYETTE, New Jersey 07

SYSCO FOOD SERVICES
PO BOX 1127
NORMAN, Oklahoma 73070-0000

TERRI J KOCH
188 ROBERTSON RD
FAIRFAX, OK 74637

THERMO FISHER SCIENTIFIC
PO BOX 842339
DALLAS, Texas 75284-2339

SYSMEX AMERICA INC
28241 Network Place
CHICAGO, Illinois 60673-1282

TERRI KOCH
118 ROBERTSON ADDITION RD
FAIRFAX, Oklahoma 74637-0000

THOMAS ENGLE
1102 W. MacArthur Street
Shawnee, Oklahoma 74804-

TEDDI J WHITE
829 E.5TH
CUSHING, OK 74023

TERRIE K COBLE
1366 STATE HWY 18
FAIRFAX, OK 74637

THOMAS ENGLE
201 S 7th Street
FAIRFAX, OK 74637

TEDDY H HOLT
323 N REGAN
HOMINY, OK 74035

THE HOMINY NEWS PROGRESS
PO BOX 38
HOMINY, Oklahoma 74035-0000

THREAT TRACK SECURITY, I
311 PARK PLACE BLVD, STE 3
CLEARWATER, Florida 3375

TEKYARD LLC
8324 PILLSBURY AVE S
BLOOMINGTON, Minnesota 55420-0000

THE HOMINY NEWS PROGRESS
PO BOX 38
HOMINY, Oklahoma 74035-0000

TIFFANY M BUTE
905 N PALM STREET
PONCA CITY, OK 74601

TELEFLEX MEDICAL INCORPORATED
550 E SWEDESFORD RD, STE 400
WAYNE, Pennsylvania 19087-0000

THE LAB CONNECTION, LLC
7313 MAYFLOWER PARK DR
ZIONSVILLE, Indiana 46077-0000

TINA M MUNSON
310 S BENJAMIN ST
STILLWATER, OK 74074

TERESA HESKETT
40 Hospital Rd.
Fairfax, Oklahoma 74637-0000

THE NATIONAL ALLIANCE OF RURAL...
120 S Monroe Street
Tallahassee, Florida 32301-0000

TINA STEELE
641 2ND ST NE
PAWNEE, Oklahoma 74058-0

TERESA HESKETT
354250 E 5700 RD
YALE, OK 74085

THE PAWNEE CLINIC
529 6TH STREET
PAWNEE, Oklahoma 74058-0000

TINA STEELE
641 2ND STREET NORTHEAST
PAWNEE, OK 74058

TERRA J SMITH
45959 S. 352 RD
PAWNEE, OK 74058

THE REVIEW
PO BOX 6
SHIDLER, Oklahoma 74652-0006

TMG
1718 BRIARCREST DRIVE, ST
BRYAN, Texas 77802-0000

TOBIE VANHOOSER
2128 FAIRFAX LAKE ROAD
FAIRFAX, OK 74637

TRANSAMERICA
FBO HMC/CAH CONSOLIDATED
ATTN: PAYROLL PROCESSING
WEST CHESTER, Ohio 45069-0000

TRACT #1 80
CONTRACT VALLEY PARK DRIVE #1
SHAKOPEE, Minnesota 5537


TONI'S WESTSIDE HEALTHMART
301 WEST GRAND AVE
PONCA CITY, Oklahoma 74601-0000

TranscriptionGear, Inc.
7280 Auburn Road
Concord, Ohio 44077-0000

UNITED LINEN UNIFORM SER
400 WEST FRANK PHILLIPS
BARTLESVILLE, Oklahoma 7


TONI'S WESTSIDE HEALTHMART
301 WEST GRAND AVE
PONCA CITY, Oklahoma 74601-0000

TREAT'S SOLUTIONS LLC
PO BOX 847
ADA, Oklahoma 74821-0000

UNITED STATES TREASURY


TONYA M CRINER
200 N IRVING
PONCA CITY, OK 74601

TRI-TEC MEDICAL INC
2255 GERMANTOWN ROAD SOUTH
GERMANTOWN, Tennessee 38138-0000

UNIVERSAL HOSPITAL SVCS
%Allen Maxwell & Silver
1000 Sylvan Ave
Englewood Cliffs, New Je


TOWN OF FAIRFAX
150 E ELM
PO BOX 399
FAIRFAX, Oklahoma 74637-0000

TRIAD SERVICE COMPANY
4248 S 76TH AVE SUITE A
TULSA, Oklahoma 74145-0000

UNIVERSAL HOSPITAL SVCS
SDS 12-0940
PO BOX 86
MINNEAPOLIS, Minnesota 5


TRACY N SOUTTER
3750 S MAIN
BLACKWELL, OK 74631

TRIANIM HEALTH SERVICES
25197 NETWORK PLACE
CHICAGO, Illinois 60673-0000

UNUM LIFE INS COMP OF AME
PO BOX 409548
ATLANTA, Georgia 30384-9


TRACY SOUTTER
3750 S MAIN STREET
BLACKWELL, Oklahoma 74631-67

TRUCODE, LLC
150 BURFORD HOLLOW
ALPHARETTA, Georgia 30022-0000

UNUM LIFE INS COMP OF AME
PO BOX 409548
ATLANTA, Georgia 30384-9


TRAILBLAZERS HEALTH ENTERPRISE
8330 LBJ FREEWAY, EXECUTIVE CENTER
DALLAS, Texas 75243-1213

TULSA ADJUSTMENT BUREAU, INC
C/O ANDREW ENLOW, INC.
1508 SOUTH CARSON AVENUE
TULSA, Oklahoma 74119-0000

UPS
LOCKBOX 577
CAROL STREAM, Illinois 6


TrancriptionGear, Inc
7280 Auburn Road
Concord, Ohio 44077-0000

U.S. BANK
Bankruptcy/Recovery Dept.
PO Box 5229
Cincinnati, OH 63179

US MED-EQUIP, INC.
PO BOX 41321
HOUSTON, Texas 77241-000


TRANE U.S. INC.
PO BOX 98167
CHICAGO, Illinois 60693-0000

UNIFORM STOP
1120 N DUCK STREET
SUITE F
STILLWATER, Oklahoma 74075-0000

US SPECIALITY LABS
11578 SORRENTO VALLEY ROA
SUITE27
SAN DIEGO, California 92

US TRUSTEE CHAPTER 11                  VISION AMPS                              WILLIAM C
PO BOX 530202                          VISION SERVICE PLAN-IC                   410 W BELAIR
ACCOUNT 661-11-44749                   PO BOX 74529                             FAIRFAX, OK 74637
ATLANTA, Georgia 30353-0202            LOS ANGELES, California 90074-2529


VENDOR G USER                          VYNE EDUCATION LLC                       WIN-CO FINANCE
                                       9020 OVERLOOK BLVD, STE 140              416 W GRAND
                                       BRENTWOOD, Tennessee 37027-0000          PONCA CITY, Oklahoma 746


VERIZON WIRELESS SERVICES LLC          WALGREENS                                WINDSTREAM
PO BOX 660108                          PO BOX 90484                             PO BOX 9001908
DALLAS, Texas 75266-0000               CHICAGO, Illinois 60696-0484             LOUISVILLE, Kentucky 402


VICTORIA SALAMY-SULLINS                WALLACH SURGICAL DEVICES                 WOODLAND AG BOOSTERS
9713 GREYSTONE AVE                     95 CORPORATE DRIVE                       106 S 6TH
OKLAHOMA CITY, Oklahoma 73120          TRUMBULL, Connecticut 06611-0000         FAIRFAX, Oklahoma 74637-


VICTORIA SALAMYSULLINS                 WARDS AIR CONDITIONING, INC.             WORKS & LENTZ OF TULSA, I
9713 GREYSTONE AVE                     209 N 1ST                                1437 BOULDER STE 900
OKLAHOMA CITY, OK 73120                PONCA CITY, Oklahoma 74601-0000          TULSA, Oklahoma 74119-00


VIDACARE CORPORATION                   WENDY L KINSER                           Z&Z MEDICAL, INC.
4350 LOCKHILL SELMA, STE 10            2681 CREEKVIEW ROAD                      1924 ADAMS STREET
SHAVANO PARK, Texas 78249-0000         OOLOGAH, OK 74053                        CEDAR Falls, Iowa 50613-


VIP TECHNOLOGY SOLUTIONS GROUP         WESTERN EQUIPMENT SALES                  ZIMMER MEDIZIN SYSTEMS, C
12149 S. State Hwy 51                  1620 E 7TH AVENUE                        25 MAUCHLY
Coweta, Oklahoma 74429-0000            KENNEWICK, Washington 99337-0000         IRVINE, California 92618


VITACARE AT HOME MEDICAL               WEXFORD LABS, INC
1209 E PROSPECT AVENUE                 325 LEFFINGWELL
PONCA CITY, Oklahoma 07460-1746        KIRKWOOD, Missouri 63122-0000


VOLENTE HEALTHCARE LLC                 WHITE'S FOODLINER
4530 E SHEA BLVD SUITE #165            510 SEWELL AVE
PHOENIX, Arizona 85028-0000            PAWNEE, Oklahoma 74058-0000


VONCO MEDICAL PRODUCTS, INC            WILLIAM C RICHARDS
1625 W CROSBY RD, STE 120              P.O. BOX 344
CARROLLTON, Texas 75006-0000          CARNEY, OK 74832

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   CAH Acquisition Company 12, LLC

Case No.

Debtor(s)

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   CAH Acquisition Company 12, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Health Acquisition CO, LLC,A West VA LLC

HMC/CAH Consolidated, Inc. A Delaware Co

☐ None [*Check if applicable*]

April  1, 2019

Date

/s/ Sam G. Bratton

Sam G. Bratton

Signature of Attorney or Litigant

Counsel for   CAH Acquisition Company 12, LLC

Doerner, Saunders, Daniel & Anderson, L.L.P.

Two West Second Street, Suite 700
Tulsa, OK 74103-3117
(918) 582-1211 Fax:(918) 591-5360
sbratton@dsda.com