**Fill in this information to identify the case:**

Debtor name    **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-01697**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Armstrong Bank** | **Checking** | | **Unknown** |
| 3.2. | **US Bank** | **Checking** | 3952 | **$2,864.08** |
| 3.3. | **US Bank** | **Checking** | 4817 | **$5,236.57** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$8,100.65**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor   **CAH Acquisition Company 12, LLC**
Name

Case number *(If known)* **19-01697**

☐ No.  Go to Part 4.
☑ Yes  Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:   **2,740,340.63**  -  **1,277,617.09**  = ....    **$1,462,723.54**
                face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$1,462,723.54**

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes  Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies Supplies - Purchasing Department Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 9/30/2017 | $30,645.16 | | Unknown |
| Printer cartridges/supplies Purchasing Department Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 9/30/2017 | $7,546.07 | | Unknown |
| Nursing Supplies Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 09/30/2017 | $6,470.75 | | Unknown |

Debtor    **CAH Acquisition Company 12, LLC**                    Case number *(If known)*  **19-01697**
          Name

| | | | | |
|---|---|---|---|---|
| Supplies - Emergency Rm 221, 220, Trauma & 201 Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 09/30/2017 | $11,954.76 | | Unknown |
| Triage Room Supplies Fairfax Memorial Hospital 40 Hospita Drive Fairfax, OK | 9/30/2017 | Unknown | | Unknown |
| Central Sterile Room Supplies Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 9/30/2017 | $6,807.25 | | Unknown |
| OR, Recovery and Anesthesia Supplies Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 9/30/2017 | $11,954.76 | | Unknown |
| Lab supplies | 9/30/2017 | $21,118.30 | | Unknown |
| X-ray supplies | 9/30/2017 | $1,734.11 | | Unknown |
| Housekeeping Supplies | 9/30/2017 | $1,629.47 | | Unknown |
| Sleep lab | 09/30/2017 | Unknown | | Unknown |
| Physical Therapy Supplies | 09/30/2017 | $1,078.37 | | Unknown |
| Dietary Supplies | 09/30/2017 | $5,978.39 | | Unknown |
| Clinic Supplies - Fairfax Clinic Fairfax Memorial Hospital 40 Hospital Drive Fairfax, OK | 09/30/2017 | $1,532.74 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number *(If known)* | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Clinic Supplies - Pawnee Clinic** **Fairfax Memorial Hospital** **40 Hospital Drive** **Fairfax, OK** | 09/30/2017 | $4,939.08 | Unknown |
| **Pharmacy Supplies** **Fairfax Memorial Hospital** **40 Hospital Drive** **Fairfax, OK** | 09/30/2017 | $36,286.10 | Unknown |

**23.** **Total of Part 5.**           $0.00

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Cubicle Spaces** **Fairfax Memorial Hospital** **40 Hospital Drive** **Fairfax, OK** | $4,112.68 | | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Network Server** **Fairfax Memorial Hospital** **40 Hospital Drive** | $2,815.76 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **CAH Acquisition Company 12, LLC**                                    Case number *(If known)*  **19-01697**
_____Name_____

**Fairfax, OK**
_____

| | | | |
|---|---|---|---|
| **Nextgen Software**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $90,680.68 | | Unknown |
| **Trucode Medical Recording Software**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $12,487.59 | | Unknown |
| **Athena Hardware Equipment** | $5,923.75 | | Unknown |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                           | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**I-Stat Wireless Analzyer for Lab**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Road**<br>**Fairfax, OK** | $2,661.43 | | Unknown |

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number *(if known)* | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Baxter Healthcare - IV Pumps**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $20,390.56 | | Unknown |
| HERC - Mindray M7 | $7,731.19 | | Unknown |
| **Vonco Medical - Biodex Unweighing System**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $9,774.97 | | Unknown |
| **Parking Lot Front and SE Lots**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $4,001.06 | | Unknown |
| **Pediatric Crib**<br>**Fairfax Memorial Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | $7.92 | | Unknown |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Asphalt Parking Lot**<br>**Fairfax Memorial**<br>**Hospital**<br>**40 Hospital Drive**<br>**Fairfax, OK** | | $581.67 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **CAH Acquisition Company 12, LLC** | Case number *(If known)* | **19-01697** |
|---|---|---|---|
| | Name | | |

56. **Total of Part 9.**                                                                                        $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **CAH Acquisition Company 12, LLC**                    Case number *(If known)*  **19-01697**
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,100.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,462,723.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,470,824.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,470,824.19 |

| Fill in this information to identify the case: |
| --- |

Debtor name      **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)      **19-01697**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1**  **Paul Nusbaum and Steve White** | Describe debtor's property that is subject to a lien | $3,774,471.52 | $0.00 |
| Creditor's Name | **Note secured by collateral pledged in Credit Agreement dated April 12, 2010.** | | |
| **c/o John Paul Cournoyer 1414 Raleigh Road, Suite 435 Chapel Hill, NC 27517** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Non-Purchase Money Security** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**3.**  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       **$3,774,471.52**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

**Fill in this information to identify the case:**

Debtor name   **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-01697**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Alexander Genty**
**19901 Coker Rd.**
**Tecumseh, OK 74873**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**   Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** | Priority creditor's name and mailing address
**Allicia Miller**
**44750 S 346 Rd.**
**Pawnee, OK 74058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**   Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **CAH Acquisition Company 12, LLC**
_____
         Name

Case number (if known)   **19-01697**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**2.3**

Priority creditor's name and mailing address

**Ashley Engle**
**201 S 7th St.**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Brittnee Morris**
**35636 EW 120**
**Seminole, OK 74868**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Carla Bartlett**
**390 N. 2nd St.**
**Ralston, OK 74650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Carley McInturf**
**605 S 7th**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (if known) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address

**Casey Steele**
**350101 E 4550 Road**
**Pawnee, OK 74058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.8**

Priority creditor's name and mailing address

**Chrissie Collins**
**50950 E 45-5 Rd.**
**Pawnee, OK 74058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.9**

Priority creditor's name and mailing address

**Crystal Griffin**
**219 S Pittsburg Ave.**
**Tulsa, OK 74112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

**2.10**

Priority creditor's name and mailing address

**Dana Bennett**
**420 Mason St.**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **$0.00**

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**David Spears**
**3414 Meadow Ln.**
**Ponca City, OK 74604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Debbie Moore**
**703 Holmes Ave.**
**Cushing, OK 74023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Destanee Donaldson**
**PO Box 36**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Donna Renfro**
**72 Robertson Addition Rd.**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (if known) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**E Owens**
**12500 NE 36th St.**
**Choctaw, OK 73020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Edna Gibson**
**416 N 6th St.**
**Fairfax, OK 74637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Fred Morley**
**208 Highland Rd.**
**Pauls Valley, OK 73075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gabriel Graham**
**624 S 7th.**
**Fairfax, OK 74637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gene Evans**
**44702 S 34700 Rd.**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Hillery Lewis**
**PO Box 496**
**Shidler, OK 74652**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jaclyn Rollins**
**251 W Elm St.**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**James Drymon**
**200 S 7th**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**James Graham**
**348586 E Parkside Ave.**
**Pawnee, OK 74058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Jamie Case**
**14 Eagle Dr.**
**Kaw City, OK 74641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Janice Lyons**
**219 Donning Ave.**
**Mount Ayr, IA 50854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **CAH Acquisition Company 12, LLC**
_____
Name                                    Case number (if known)   **19-01697**

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.27** Priority creditor's name and mailing address

**Jeremy Wikel**
**523 W 9th St.**
**Hominy, OK 74035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

**Jerrod Beltz**
**401 S 5th**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

**Jill Mcconnell**
**1233 S 1st St.**
**Blackwell, OK 74631**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

**John Pangburn**
**PO Box 2537**
**Ponca City, OK 74602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **CAH Acquisition Company 12, LLC**                                                Case number (if known)    **19-01697**
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.31**    Priority creditor's name and mailing address

**Julia Smith**
**217 N 2nd**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32**    Priority creditor's name and mailing address

**Karen Cook**
**500 S Tallchief Dr.**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33**    Priority creditor's name and mailing address

**Katherine Haynes**
**10322 Acme Rd**
**Shawnee, OK 74804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34**    Priority creditor's name and mailing address

**Kathy Brock**
**46515 US Hwy 60**
**Burbank, OK 74633**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **CAH Acquisition Company 12, LLC**                                       Case number (if known)   **19-01697**
         Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Keli Mashburn**
**300 S 7th St.**
**Fairfax, OK 74637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kenneth Shepard**
**7355 E 111th Place S**
**Bixby, OK 74008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly Navrath**
**350658 E. 1020 Rd**
**Prague, OK 74864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | $0.00 |
|---|---|---|---|---|

**Kimberly Noble**
**3450 Brooklyn**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (*if known*) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Kristin Brock**
**2008 Joe St.**
**Ponca City, OK 74601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Kristy Terry**
**172 South 1st St.**
**Ralston, OK 74650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Linda Thompson**
**PO Box 276**
**Fairfax, OK 74637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Lindsay Barrett**
**347751 E. 4900 Rd.**
**Pawnee, OK 74058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (if known) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Malissa Mackenzie**
**PO Box 59**
**Pawnee, OK 74058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mary Jordan**
**8078 Doga Creek Rd.**
**Fairfax, OK 74637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Mary McKenzie**
**657 CR 5451**
**Hominy, OK 74035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Matthew Haney**
**11014 S Oak Ave.**
**Jenks, OK 74037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (if known) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Scalf**
7365 E 119 Place South
Bixby, OK 74008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michael Turner**
16112 Wind Crest Way
Edmond, OK 73013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Miranda Graham**
624 S. 7th
Fairfax, OK 74637

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Monica Hau**
737 Elm Street
Perry, OK 73077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (*if known*) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Monica Woods**
**250 Robertson**
**Fairfax, OK 74637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,715.80 | $1,715.80 |
|---|---|---|---|---|

**Oklahoma Employment Security**
**Comm**
**PO Box 52925**
**Oklahoma City, OK 73152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7608**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Oklahome Tax Commission**
**PO Box 26920**
**Oklahoma City, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Paula Mcinturf**
**606 Park Street**
**Pawnee, OK 74058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Phyllis Pilcher**
**19941 CR 5415**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rachele Quinones**
**12900 Stonecrest Ln.**
**Oklahoma City, OK 73142**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rebecca Sparks**
**203 Main Box 50**
**Ralston, OK 74650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rhonda Jim**
**612 Cleveland St.**
**Pawnee, OK 74058**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Richard Steel**
**24288 N 3990 Rd**
**Bartlesville, OK 74006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Ryan Madison**
**300 S. 7th St.**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sean Satterfield**
**1614 Dean Ave.**
**Ponca City, OK 74604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Sharon Thomason**
**172 Robertson Addition Rd.**
**Fairfax, OK 74637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number *(if known)* | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shaun Willard**
**PO Box 321**
**Pawnee, OK 74058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Shelley Hutchison**
**PO Box 61**
**Ralston, OK 74650-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Sherry Mcconnell**
**356 N 1st**
**Ralston, OK 74650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Stacey Burtner**
**1813 NE Woodland**
**Ponca City, OK 74604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | CAH Acquisition Company 12, LLC | | Case number (if known) | 19-01697 |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teddy Holt**
323 N Regan
Hominy, OK 74035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Teresa Heskett**
354250 E 5700 Rd.
Yale, OK 74085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terra Smith**
45959 S. 352 Rd.
Pawnee, OK 74058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**Terri Cartwright**
313 N 5th
Fairfax, OK 74637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
| --- | --- | --- | --- |
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

**Terrie Coble**
**1366 State Hwy 18**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

**Thomas Engle**
**201 S 7th St.**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

**Tobie Wright**
**2128 Fairfax Lake Rd.**
**Fairfax, OK 74637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

**Tonya Criner**
**200 N Iriving**
**Ponca City, OK 74601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tracy Soutter**
**3750 S Main**
**Blackwell, OK 74631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**US Attorney's Office**
**Attn:  Civil Process Clerk**
**310 New Bern Avenue - Suite 800**
**Raleigh, NC 27601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Victoria Salamysullins**
**9713 Greystone Ave.**
**Oklahoma City, OK 73120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wendy Kinser**
**2681 Creekview Road**
**Oologah, OK 74053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number *(if known)* | **19-01697** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**William Madison**
**410 W Belair**
**Fairfax, OK 74637**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**William Richards**
**PO Box 344**
**Carney, OK 74832**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$765.29** |
|---|---|---|---|

**A+ Printing**
**119 N. 3rd Street**
**Ponca City, OK 74601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Open account

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$3,213.60** |
|---|---|---|---|

**AAAASF Office**
**PO Box 9500**
**Gurnee, IL 60031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Open account

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$553.09** |
|---|---|---|---|

**ABBVIE**
**ATTN: Dept V345**
**North Chicago, IL 60064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Open account

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number *(if known)* | **19-01697** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Accurad Medical Imaging Services**
10830 E. Newton Place
Tulsa, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Accuratenow**
1930 North Poplar Street, Suite 20
Southern Pines, NC 28387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open Account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |
|---|---|---|---|

**Advance Boiler Repr & SVC**
36168 West Highway 51
Mannford, OK 74044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Air Evac EMS**
1001 Boardwalk Springs Pl., Ste 250
O Fallon, MO 63368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.60** |
|---|---|---|---|

**Airgas USA, LLC**
1301 W. South Ave.
Ponca City, OK 74601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,332.00** |
|---|---|---|---|

**Allred Recruiting Group**
Po Box 7261
Shawnee Mission, KS 66207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,601.00** |
|---|---|---|---|

**American Osteopathoc Assoc.**
142 E. Ontario Street
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **CAH Acquisition Company 12, LLC**                          Case number (if known)    **19-01697**
_____
Name

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Apria Healthcare, LLC**<br>**11414 East 51st Street, Suites D-F**<br>**Tulsa, OK 74146** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,800.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Auto Chlor Services, LLC**<br>**1714 SE 66th Street**<br>**Oklahoma City, OK 73149** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$918.24** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**BCBS New Mexico/PBPP**<br>**4411 The 25 Way**<br>**Albuquerque, NM 87109** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.95** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Beckman Coulter**<br>**250 South Kraemer Blvd.**<br>**Brea, CA 92820** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,926.93** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Bio-Tek Services, Inc.**<br>**5310 Laburnum Ave.**<br>**Henrico, VA 23231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Briggs Corporation**<br>**4900 Univeristy Ave. Suite 200**<br>**West Des Moines, IA 50266** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.92** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Byron Staples**<br>**401 S. 7th Street**<br>**Fairfax, OK 74637** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number *(if known)* | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.50
---|---|---|---

**Computer Products & Supplies Int.**
975 Nimco Drive, Unit C
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,785.01

**Comtrix Solutions**
22656 Philomont Ridge Court
Ashburn, VA 20148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $862.50

**Dock & Lock Storage**
70 Industry Drive
West Haven, CT 06516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00

**Drugs of Abuse Testing Lab**
2626 S. Sheridan Road
Tulsa, OK 74129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Empower HMS**
PO Box 901563
Kansas City, MO 64190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00

**EPIC**
95 3rd Street NE
Waite Park, MN 56387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00

**EPower Doc, Inc.**
PO Box 88218
Atlanta, GA 30356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
| | Name | | |

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,470.04** |

Evoqua Water Technologies LLC
210 Sixth Avenue
Pittsburgh, PA 15235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,246.20** |

Fairfax Chief
100 North 2nd Street
Fairfax, OK 74463-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,081.18** |

Family Discount Pharmacy
310 Fairview Ave
Ponca City, OK 74601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.63** |

Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, PA 15275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,447.22** |

Gas & Supply
125 Thruway Park
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open Account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,375.00** |

GEHA
Po Box 21542
Eagan, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.23** |

Grainger WW Inc.
10707 E. Pine Street
Tulsa, OK 74115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,911.35 |
|---|---|---|---|

**Heartland Pathology Consultant**
3509 French Park Drive, Suite D
Edmond, OK 73034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,650.00 |
|---|---|---|---|

**HERC**
1415 W. S. Ave
Ponca City, OK 74601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,538.00 |
|---|---|---|---|

**Hippa-Guard**
1608 S. Ashland Ave #86038
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open Account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**HMS Health, LLC**
13520 Potomac Riding Lane
Potomac, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.00 |
|---|---|---|---|

**Horizon Scientific, Inc.**
125 Varnfield Drive
Summerville, SC 29483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.19 |
|---|---|---|---|

**Hutchison Plumbing**
1090 W, Cherokee Street
Jay, OK 74346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472,625.00 |
|---|---|---|---|

**IHEALTHCARE INC**
3901 NW 28th St., 2nd Floor
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Open Account

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,449.22** |
|---|---|---|---|

**Indian Electric Coopr FMH**
**2506 E. Old Hwy 64**
**Cleveland, OK 74020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |
|---|---|---|---|

**KCI USA, Inc.**
**12930 Interstate Hwy 10 West**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$306.15** |
|---|---|---|---|

**Kempton Company**
**13431 Broadway Ext.**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,266.96** |
|---|---|---|---|

**Lapcorp**
**PO Box 12140**
**Burlington, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.24** |
|---|---|---|---|

**Madison Medical**
**788 N. Jefferson St., #300**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,103.91** |
|---|---|---|---|

**McKesson Corp**
**9954 Mayland Drive, Suite 4000**
**Richmond, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.95** |
|---|---|---|---|

**Medassure**
**920 E. County Line Road, Suite 103**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,518.71 |
|---|---|---|---|

**Medline Induustries, Inc.**
8001 SW 47th Street
Wheatland, OK 73097

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.95 |
|---|---|---|---|

**Medusind, Inc.**
7725 W. Reno Ave.
Oklahoma City, OK 73127

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,481.86 |
|---|---|---|---|

**Miller EMS, LLC**
514 1st Street
Medford, OK 73759

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,957.44 |
|---|---|---|---|

**Modular Space Corporation**
120 Swedesford Road
Berwyn, PA 19312

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,067.66 |
|---|---|---|---|

**Mortara Instrument Inc.**
7865 N 86 Street
Milwaukee, WI 53224

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,117.00 |
|---|---|---|---|

**NOA Medical Supply**
801 Terry Lane
Washington, MO 63090

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $827.40 |
|---|---|---|---|

**Nursing Homes, LTD. Oklahoma**
SW of City
Nowata, OK 74048

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CAH Acquisition Company 12, LLC**
　　　　　Name

Case number (if known)    **19-01697**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,452.45 |
|---|---|---|---|
| | **Office Depot**<br>**820 SW 74th Street**<br>**Oklahoma City, OK 73139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.75 |
|---|---|---|---|
| | **Oklahoma Advantage Storehouse, LLC**<br>**403 N. Main Street**<br>**Fairfax, OK 74637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.10 |
|---|---|---|---|
| | **Oklahoma Blood Institute**<br>**4601 E 81st Street**<br>**Tulsa, OK 74137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.99 |
|---|---|---|---|
| | **Pacific Medical, LLC**<br>**32981 Calle Perfecto**<br>**San Juan Capistrano, CA 92675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,464.62 |
|---|---|---|---|
| | **Passport Health Communications, Inc**<br>**3330 Northwest 56th Street #106**<br>**Oklahoma City, OK 73112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,035.90 |
|---|---|---|---|
| | **Patriot Placement Staffing**<br>**2105 Briarwood Drive**<br>**Amarillo, TX 79124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.60 |
|---|---|---|---|
| | **Pawnee Chief**<br>**588 Illinois Street**<br>**Pawnee, OK 74058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **CAH Acquisition Company 12, LLC**                                    Case number (if known)    **19-01697**
_____Name_____

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.50 |

**Piccpros, LLC**
**7146 S. Braden Ave., Suite 104**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,010.50 |

**PLICO**
**PO Box 1838**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.76 |

**Ponca City News**
**300 North Third**
**Ponca City, OK 74601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,188.50 |

**PRN Funding LLC**
**25101 Chagrin Blvd #250**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,881.76 |

**Quality Systems, Inc.**
**PO Bolx 511449**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,744.00 |

**Reboot, Inc.**
**PO  Box 775535**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Respiratory Maintenance, Inc.**
**12312 Birch Street**
**Leawood, KS 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CAH Acquisition Company 12, LLC**
_____
Name

Case number (if known)    **19-01697**
_____

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,178.30 |
|---|---|---|---|

**Rural Community Hospitals of Americ**
Attn: Steven F. White
**700 Chappell Road**
**Charleston, WV 25304**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,450.00 |
|---|---|---|---|

**Shared Medical Services, Inc.**
PO Box 330
**Cottage Grove, WI 53527**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,539.25 |
|---|---|---|---|

**Shi Headquarters**
**300 Davidson Ave**
**Somerset, NJ 08873**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Shred It OK City**
**2616 Vermont Avenue**
**Oklahoma City, OK 73108**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,075.02 |
|---|---|---|---|

**Sizewize**
**PO Box 320**
**Ellis, KS 67637**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,181.98 |
|---|---|---|---|

**Standley Systems**
**PO Box 460**
**Chickasha, OK 73023**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,410.00 |
|---|---|---|---|

**State of OK - OSU Cntr for Hlth Sci**
**1111 W. 17th Street**
**Tulsa, OK 74107**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) | **19-01697** |
|---|---|---|---|
| | Name | | |

---

**3.74**

Nonpriority creditor's name and mailing address

**Stericycl**
**PO Box 6575**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$357.93

---

**3.75**

Nonpriority creditor's name and mailing address

**Sysco Food Services**
**PO Box 1127**
**Norman, OK 73070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$10,307.89

---

**3.76**

Nonpriority creditor's name and mailing address

**The NatL Alliance of Rural Hospital**
**120 North Monroe St.**
**Tallahassee, FL 32308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$1,000.00

---

**3.77**

Nonpriority creditor's name and mailing address

**Town of Fairfax**
**PO Box 399**
**Fairfax, OK 74637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$295.72

---

**3.78**

Nonpriority creditor's name and mailing address

**Trainim Health Services**
**25197 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$494.98

---

**3.79**

Nonpriority creditor's name and mailing address

**Tri-Tec Medical Inc.**
**2255 Germantown Road South**
**Germantown, TN 38138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset? ■ No ☐ Yes

$2,718.76

---

**3.80**

Nonpriority creditor's name and mailing address

**Trucode LLC**
**PO Box 5847**
**Alpharetta, GA 30023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$18,219.00

---

| | |
|---|---|
| Debtor    **CAH Acquisition Company 12, LLC** | Case number *(if known)*    **19-01697** |
| Name | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,952.40** |
|---|---|---|---|

**United Linen & Uniform**
PO Box 4586
Bartlesville, OK 74005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.99** |
|---|---|---|---|

**US Specialty Labs**
11578 Sorrento Valley Road
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.29** |
|---|---|---|---|

**Verison Wireless Services, LLC**
PO Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00** |
|---|---|---|---|

**Vonco Medical Products, Inc.**
1625 W. Crosby Rd., Suite 120
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.94** |
|---|---|---|---|

**Vyne Education, LLC**
9020 Overlook Blvd, Suite 140
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,702.69** |
|---|---|---|---|

**Wallach Surgical Devices**
95 Corporate Drive
Trumbull, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50** |
|---|---|---|---|

**Works & Lentz of Tulsa, Inc.**
1437 Boulder, Suite 900
Tulsa, OK 74149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Open account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number (if known) | **19-01697** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 1,715.80 |
| **5b. Total claims from Part 2** | | 5b.  + | $ | 1,304,682.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 1,306,397.99 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CAH Acquisition Company 12, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **19-01697** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.2    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.3    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.4    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

**Fill in this information to identify the case:**

Debtor name **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-01697**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| Name | Mailing Address | | | Name | Check all schedules that apply: |
|------|------|------|------|------|------|
| 2.1 | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | City | State | Zip Code | | |
| 2.2 | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | City | State | Zip Code | | |
| 2.3 | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | City | State | Zip Code | | |
| 2.4 | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | City | State | Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-01697**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                  Column 2: **Creditor**

| Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name    **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-01697**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑ *Schedule H: Codebtors (Official Form 206H)*
☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/15/2019        x _____
                                    Signature of individual signing on behalf of debtor

                                    **Jorge Perez**
                                    Printed name

                                    **Board Chairman**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CAH Acquisition Company 12, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-01697**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 10/01/2018 to Filing Date | ■ Operating a business ☐ Other | **Unknown** |
| **For prior year:** From 10/01/2017 to 9/30/2018 | ■ Operating a business ☐ Other | $13,842,632.00 |
| **For year before that:** From 10/01/2016 to 9/30/2017 | ■ Operating a business ☐ Other | $13,932,861.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

5/15/19 7:21AM

Debtor    **CAH Acquisition Company 12, LLC**                                                                Case number *(if known)*  **19-01697**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment: SOFA 3** | **Various** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attachment: SOFA 4** | **Various** | **Unknown** | |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Unknown** | | | **Unknown** |

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Unknown** | | | **Unknown** |
| | Last 4 digits of account number: _____ | | |

**Part 3:    Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See Attachment: SOFA 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

5/15/19 7:21AM

| Debtor | CAH Acquisition Company 12, LLC | | Case number *(if known)* | 19-01697 |

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Fairfax Health Authority<br>c/o J. Clay Christensen and T.P Howell<br>3401 N.W. 63rd St. Ste 600<br>Oklahoma City, OK 73116 | CAH Aquisition Company No. 12, LLC d/b/a Fairfax Community Hospital | Unknown |
| | **Case title**<br>Town of Fairfax v. CAH Acquisition Co 12 | **Court name and address**<br>The District Court of Osage County<br>OK |
| | **Case number**<br>CJ-2018-232 | |
| | **Date of order or assignment**<br>February 27, 2019 | |

---

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Unknown** | | | **Unknown** |
| | **Recipients relationship to debtor** | | | |

---

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Unknown** | | | **Unknown** |

---

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

5/15/19  7:21AM

Debtor    **CAH Acquisition Company 12, LLC**                    Case number (if known) **19-01697**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Spilman Thomas & Battle, PLLC** **110 Oakwood Drive** **Suite 500** **Winston Salem, NC 27103** | **See Disclosue of Compensation of Bankruptcy Counsel filed by Rayford K. Adams III on behalf of CAH Acquisition Company 12, LLC (Doc #120) 5/7/19** | **March 1, 2019** **March 29, 2019** | **$150,000.00** |
| | Email or website address tadams@spilmanlaw.com | | | |
| | Who made the payment, if not debtor? **Empower HMS, LLC or its principal, Ricardo Perez, and members of Health Acquisition Company, LLC** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Unknown** | | | **Unknown** |
| Trustee | | | |

---

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Unknown** | | | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

5/15/19 7:21AM

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number *(if known)* **19-01697** |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care Maximum of 15 |
|---|---|---|
| 15.1. **Fairfax Community Hospital**<br>**40 Hospital Rd.**<br>**Fairfax, OK 74637** | Hospital services including but not limited to ER, swing bed services, laboratory and radiology services, and respiratory and occupational therapy | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**46 Hospital Rd., Fairfax OK 74637** | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>■ Paper |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Patient Health Information (PHI) including but not limited to patient: names; DOB; SSN; address; prior and current health conditions and diagnosis; and insurance and other health related record ID numbers.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:
Name of plan
**HMC/CAH Consolidated, Inc. Employee Savings Plan**

Employer identification number of the plan
EIN:   **26-0206921**

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

5/15/19  7:21AM

| Debtor | **CAH Acquisition Company 12, LLC** | Case number *(if known)* | **19-01697** |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Unknown** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Unknown** | **Unknown** | | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **StorSafe**<br>**1534 Burlington**<br>**Kansas City, MO 64114** | **Bill Fletcher**<br>**Jenni Upenieks** | **Documents including but not limited to: financials, accounts payable, payroll, human resources, billing and other corporate related records** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

5/15/19 7:21AM

| Debtor | **CAH Acquisition Company 12, LLC** | Case number (if known) **19-01697** |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **See Attachment: SOFA 26** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Arnett Carbis Toothman**<br>**PO Box 2696**<br>**Charleston, WV 25329** | **Unknown** |

5/15/19 7:21AM

| Debtor | CAH Acquisition Company 12, LLC | Case number *(if known)* 19-01697 |
|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Arnett Carbis Toothman<br>PO Box 2696<br>Charleston, WV 25329 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    Unknown

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    Unknown | | |

Name and address of the person who has possession of inventory records
Unknown

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge Perez | 8770 SW 72nd St. Apt. 412<br>Miami, FL 33173 | Chairman of the Board of Directors | |
| Michael Christensen | 6959 West Highway 72<br>Fredericktown, MO 63645 | Board Member | |
| Tina Steele | 641 2nd Street<br>Pawnee, OK 74058 | Board Member and CEO of Fairfax Community Hospital | |
| Health Acquisition Company, LLC | 13595 SW 134 Ave. Ste. 209<br>Miami, FL 33186 | Member of Debtor | 80% |

5/15/19 7:21AM

| Debtor | **CAH Acquisition Company 12, LLC** | | Case number *(if known)* **19-01697** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HMC/CAH Consolidated, Inc.** | **1100 Main Street, Ste 2350 Kansas City, MO 64105** | **Member of Debtor** | **20%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Unknown** | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Attachment: SOFA 30** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Unknown** | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **CAH Acquisition Company 12, LLC**                    Case number *(if known)*  **19-01697**

5/15/19 7:21AM

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5/15/2019 _____

_____          **Jorge Perez**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Board Chairman**

---

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No
■ Yes

---

# Official Form 207: "SOFA Attachments"

Debtor Name: CAH Acquisition Company 12, LLC d/b/a Fairfax Community Hospital
United States Bankruptcy Court for the Eastern District of North Carolina
Case Number: 19-01697-5

## Attachment: SOFA 3

At this time, the Debtor is not able to determine source amounts for payments or transfers to creditors.

The financial accounts for the Debtor were swept into an operating account in the name of or controlled by Empower HMS, LLC that included funds from approximately nine (9) other hospitals. All of the Debtor's payments and expense reimbursements to creditors were made from the operating account. Further analysis of the financial records will be necessary to trace the Debtor's fund to the payments made to creditors of the Debtor.

Attached are the available bank statements from the Debtor's known bank accounts for the ninety (90) days prior to the petition date.

## Attachment: SOFA 4

At this time, the Debtor is not able to determine source amounts for payments or transfers.

The financial accounts for the Debtor were swept into an operating account in the name of or controlled by Empower HMS, LLC that included funds from approximately nine (9) other hospitals. All of the Debtor's payments and expense reimbursements to any insiders were made from the operating account. Further analysis of the financial records will be necessary to trace the Debtor's fund to the payments made to insiders.

Attached are the available bank statements from the Debtor's known bank accounts for the year prior to the petition date.

## Attachment: SOFA 7

Known legal Actions, administrative proceedings, court actions, executions, attachments, or governmental audits:

| Case Title | Case Number | Nature of the Case | Court Name | Disposition |
|---|---|---|---|---|
| Cigna Health & Life Ins. V. HMC/CAH Consolidated, Inc. | 4:18-CV-00183 | Contracts, Other Contract | MO U.S. Dist. Ct., West | Date closed 3/5/19 |
| Demint Anesthesia Service v. HMC/CAH Consolidated | 18SA-CV00073 | Banking/Finance | MO 15th Judicial Circuit | Disposition 11/28/18 |
| HMC/CAH Consolidated v. HPCG Hospital Investment | 1116-CV17183 | Contracts, Other Contract | MO 16th Judicial Circuit | |
| CAH Acquisition Company 12 et al v. Health Care Service Corporation, dba | CJ-2017-4270 | Contracts | | Civil Relief >$10,000 |

| Blue Cross and Blue Shield of Oklahoma | | | | |
|---|---|---|---|---|
| Medline Industries v. CAH Acquisition Co | 2019-MI-1039## | Contract | IL Circuit - Cook (MD) | |

**Attachment: SOFA 26**

All accountants and bookkeepers who maintained the Debtor's books of account and records or prepared a financial statement within 2 years prior to the petition date. Note: All accounting and financials were generated at the corporate and not the hospital level.

| Work Location Name | Employee Name | Title | CC Name | Term Date | Last Hired | Address | City | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| Corporate | Odom-scott, Wilhena | Accounts Payable Clerk | Finance & Accounting | 11/28/2017 | 5/6/2013 | 3406 Oxford Place | Grandview | MO | 64030 |
| Corporate | Perez, Lisa | Accounts Payable Clerk | Finance & Accounting | 11/29/2017 | 11/7/2017 | 19104 E 13th Street South | Independence | MO | 64057 |
| Corporate | Dougherty, Kristen | Accounts Payable Clerk | Finance & Accounting | 10/22/2018 | 2/1/2016 | 8345 Antioch Road | Overland Park | KS | 66212 |
| Corporate | Peterson, Michael | Accounts Payable Clerk | Finance & Accounting | 12/11/2018 | 5/11/2015 | 3912 NE 95th Terr | Kansas City | MO | 64156 |
| Florida | Vicars, Toney | Administrative Officer | Operations | 10/31/2017 | 9/17/2017 | 20041 Boca West Drive | Boca Raton | FL | 33434 |
| Florida | Freire, Roberto | ASSISTANT CONTROLLER | Finance & Accounting | | 11/5/2018 | 11570 SW 151 Ave | Miami | FL | 33196 |
| Corporate | Farrell, Dale | Chief Financial Officer | Operations | 8/4/2017 | 6/27/2016 | 8137 NE 98th Street | Kansas City | MO | 64157 |
| Florida | Pique, Sandy | Chief Financial Officer | Finance & Accounting | 7/27/2018 | 9/5/2017 | 7755 SW 129th Street | Pinecrest | FL | 33156 |
| Corporate | Morris, Darrel | Chief Operating Officer | Operations | 8/4/2017 | 1/31/2005 | 17894 Sunset Drive | Weston | MO | 64098 |
| Corporate | Davidson, Amanda | Controller | Finance & Accounting | 7/27/2018 | 8/17/2015 | 4706 Brookstone Drive | St. Joseph | MO | 64507 |
| Florida | Slack, Matthew | Controller | Finance & Accounting | 11/9/2018 | 4/16/2018 | 11329 SW 74 Terr | Miami | FL | 33173 |
| Florida | Barroso, Fernando | Controller | Administration | | 2/1/2018 | 6841 NW 173 Drive | Hialeah | FL | 33015 |
| Florida | Horvath, Jeffrey | Director Budget/Strategic Plan | Finance & Accounting | | 9/10/2018 | 231 NE 19th Street, Apt 104 | Miami | FL | 33132 |
| Corporate | Skaggs, Trent | Executive Vice President | Operations | 5/18/2017 | 6/1/2007 | 5800 N Grand | Gladstone | MO | 64118 |
| Corporate | Scott, Christopher | Financial Analyst | Finance & Accounting | 8/16/2017 | 6/4/2012 | 18854 W 160th Street | Olathe | KS | 66062 |
| Corporate | Chandler, Aletia | Financial Coordinator | Finance & Accounting | 1/13/2017 | 3/17/2014 | 7419 Wayne Ave | Kansas City | MO | 64131 |
| Corporate | Showalter, Lacy | Financial Coordinator | Administration | 11/6/2017 | 10/24/2016 | 12926 N Oakland Ave | Kansas City | MO | 64167 |
| Florida | Wallace, Kyle | Financial Coordinator | Operations | 6/27/2018 | 9/17/2017 | 1309 W 26th Street | Riviera Beach | FL | 33403 |
| Corporate | King, Babette | Financial Coordinator | Finance & Accounting | 10/8/2018 | 5/6/2013 | 11821 E 59th Terrace Circle | Kansas City | MO | 64133 |
| Corporate | Jercick, Kimberly | Financial Coordinator | Finance & Accounting | 12/7/2018 | 3/7/2016 | 3615 NW 87th Street | Kansas City | MO | 64154 |
| Corporate | Schoo, Jeffrey | Financial Coordinator/AP Lead | Finance & Accounting | 1/18/2019 | 11/4/2013 | 2121 Central Street, #506 | Kansas City | MO | 64108 |
| Florida | Perez, Jorge | Owner | Operations | | 12/24/2017 | 8770 SW 72nd Street, Apt 412 | Miami | FL | 33173 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Florida | Perez, Ricardo | Owner | Operations | | 3/18/2018 | 15424 SW 175th Street | Miami | FL | 33187 |

**Attachment: SOFA 30**

At this time, the Debtor is not able to determine source amounts for payments, distributions, or withdrawals credited or given to insiders.

The financial accounts for the Debtor were swept into an operating account in the name of or controlled by Empower HMS, LLC that included funds from approximately nine (9) other hospitals. All of the Debtor's payments and expense reimbursements to any insider would have been paid from the operating account. Further analysis of the financial records will be necessary to trace the Debtor's fund to the payments made to insiders.

Attached are the available bank statements from the Debtor's known bank accounts for the year prior to the petition date.