# Health Acquisition Company LLC., Resolution Re Bankruptcy Filing

## RESOLUTION OF HEALTH ACQUISITION COMPANY LLC

The Managers of Health Acquisition Company, LLC, a West Virginia Limited Liability Company agrees as follows;

**WHEREAS** it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court under Chapter 11 of Title 11 of the United States Code for the following facilities;

CAH ACQUISITION COMPANY # 2 LLC, A Delaware Limited Liability Company (Oswego)
CAH ACQUISITION COMPANY # 3 LLC, A Delaware Limited Liability Company (Horton)
CAH ACQUISITION COMPANY # 4 Inc., An Oklahoma Corporation (Drumright)
CAH ACQUISITION COMPANY # 5 LLC, A Delaware Limited Liability Company (Hillsboro)
CAH ACQUISITION COMPANY # 6 LLC, A Delaware Limited Liability Company (i-70)
CAH ACQUISITION COMPANY # 7 LLC, A Delaware Limited Liability Company (Prague)
CAH ACQUISITION COMPANY # 11 LLC, A Delaware Limited Liability Company (Lauderdale)
CAH ACQUISITION COMPANY # 12 LLC, A Delaware Limited Liability Company (Fairfax)
CAH ACQUISITION COMPANY # 16 LLC, A Delaware Limited Liability Company (Haskell)

**RESOLVED** that Health Acquisition Company LLC, which is the owner of 80% of the interest in the entities previously listed, hereby consents to and approves the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporations;

**RESOLVED FURTHER,** that Jorge Perez is authorized and directed to execute and deliver all documents necessary to effectuate the filing of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation;

**RESOLVED FURTHER,** that Jorge Perez is authorized and directed on behalf of the Corporation and in its name to take all actions and execute all documents deemed necessary or desirable in order to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case;

**RESOLVED FURTHER,** that the Corporation is authorized and directed to retain the law firm of Spillman Thomas and Battle to represent the Corporation in all aspects of its bankruptcy case.

Signed this the 12 day of March 2019;

_____
Jorge Perez, For Health Acquisition Company LLC.