**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-01697-5-JNC** |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL, | ) ) ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**SUPPLEMENTAL AFFIDAVIT OF TRACY FIELD IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF TRACY FIELD AND PARKER HUDSON RAINER & DOBBS, LLP AS SPECIAL COUNSEL FOR THE TRUSTEE**

I, Tracy M. Field, do solemnly depose and declare as follows:

1.    I am a partner with Parker Hudson Rainer & Dobbs, LLP ("PHRD").  PHRD is a firm of over seventy attorneys, with offices based in Atlanta and Tallahassee, and provides a broad spectrum of healthcare regulatory, litigation, and transactional services.  My practice is focused on advising healthcare and life sciences companies in regulatory and operational matters, including Medicare and Medicaid reimbursement and government compliance issues.  I am licensed to practice law in the North Carolina and Georgia, and I have been in private practice for approximately twenty-six years.

2.    I am fully familiar with the facts hereinafter and submit this affidavit (the "Affidavit") in connection with the *Application for Employment of Tracy Field and Parker Hudson Rainer & Dobbs, LLP as Special Counsel, Nunc Pro Tunc* (the "Motion") pursuant to Section 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

3.    To the extent that any information disclosed herein requires amendment or modification upon my receipt of additional information or as additional information becomes

1

available, a supplemental affidavit will be submitted to the Court.

## **Professional Fees and Expenses**

4.      Pursuant to negotiations with the Trustee, PHRD has agreed to accept payment for services provided to the Trustee at an agreed-upon rate.

5.      The agreed-upon rates for this work, assisting and advising the Trustee on all regulatory issues involving the Centers for Medicare and Medicaid Services ("CMS"), will be as follows:

| Professional Name & Role | Hourly Rate |
|---|---|
| Tracy M. Field, Partner | $595.00 |
| Emily Shingler, Of Counsel | $440.00 |
| Ricardo A. Lopez, Associate | $310.00 |
| Heidi Bergmann, Paralegal | $175.00 |

6.      PHRD will also seek reimbursement of all necessary out-of-pocket business expenses incurred in connection with this matter and a six percent (6%) administrative charge to cover administrative overhead.

7.      The rate set out above is designed to compensate PHRD fairly for its work.  After conducting certain diligence in connection with reasonable compensation that I could request for the provision of my services in this Chapter 11 case, upon information and belief, the terms of the agreement reached with the Trustee are similar to the terms, both financial and otherwise, agreed to by me and other attorneys, both inside and outside of bankruptcy.  Moreover, these terms were negotiated between the Trustee and PHRD, and they reflect the work to be performed by PHRD in this Chapter 11 case as well as the legal and regulatory experience and expertise of PHRD.

2

8.      PHRD intends to apply to the Court for payment of compensation for services rendered and reimbursement of actual and necessary out-of-pocket business expenses and an administrative charge of six percent (6%) in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court.  PHRD has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estate, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance, and nature of the problems, issues, or tasks addressed in the case.

9.      PHRD has not received any compensation from the Trustee or any other person on said account.

10.     PHRD has agreed not to share (a) any compensation that it may receive with another party or person, or (b) any compensation that another person or party has received.

### PHRD's Conflict Check System

11.     A search of the client databases and other relevant databases of PHRD was performed to identify any connections or relationships with the entities with which the Trustee or the Debtor has material relationships as identified by the Trustee.  Such analysis consisted of a review of contacts with the Trustee, the Debtor, and entities holding claims or interests in the Debtor that were made reasonably known to PHRD by the Trustee.  A list of the parties reviewed is reflected in Schedule 1 to this Affidavit.  This review included conducting a query of such parties in databases containing the names of individuals and entities that are current or former clients of PHRD or who have other relationships with PHRD.  Additionally, potential judges and bankruptcy administrators were included in the search process.  A summary of the relationships identified

3

during this process is set forth in <u>Schedule 2</u> hereto.

12.      PHRD has provided or could reasonably be expected to continue to provide services unrelated to this Chapter 11 case for the various entities shown on <u>Schedule 2</u>.  The assistance of PHRD to these parties has been related to providing various legal and regulatory services.  To the best of my knowledge, no services have been provided to these parties in interest that involve their rights in this Chapter 11 case, nor does my involvement in this case compromise my ability to continue such consulting services.

13.      In addition, as part of its practice, PHRD appears in numerous cases and court proceedings and participates in transactions that involve many different professionals, including attorneys, accountants, investment banks, and financial consultants who may represent claimants and parties in interest in this Chapter 11 case.  Further, PHRD has performed in the past, and may perform in the future, advisory and consulting services for various attorneys and law firms and has been represented by various attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates an interest materially adverse to the Trustee or the Debtor in matters upon which PHRD is to be employed, and none are in connection with the Trustee, the Debtor, or this case.

### **Disinterestedness of PHRD**

14.      To the best of my knowledge, and based on the results of the conflicts search described above, PHRD is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code (as supplemented by Section 1107(b) of the Bankruptcy Code), in that, except as otherwise set forth herein, PHRD:

  a)  is not a creditor, equity security holder, or insider of the Trustee or the Debtor;

b) is not and was not, within 2 years before the date of the filing of the Debtor's Chapter 11 petition, a director, officer, or employee of the Trustee or the Debtor; and

c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

15.    In addition, to the best of my knowledge and based upon the results of the conflicts search described above, other than as described herein, PHRD does not hold or represent an interest adverse to the Trustee, the Debtor, or the Debtor's estate.

16.    If any new material, relevant facts or relationships are discovered or arise, I promptly will file a supplemental affidavit pursuant to Bankruptcy Rule 2014(a).

17.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of June, 2019.

*/s/Tracy M. Field*
Tracy M. Field
Partner
Parker Hudson Rainer & Dobbs, LLP
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
T: 404-420-1146
F: 404-522-8409
tfield@phrd.com

**Schedule 1**

| |
|---|
| 117A Albemarle Dr, Plymouth, NC |
| 250 S. Kraemer Blv – D1.NW.03 |
| 3M |
| A+ Printing |
| AAASF Office |
| ABBVIE |
| AB Sciex, LLC |
| AC Oil |
| ACR |
| AFCO Insurance Preimum Finance |
| ANFP |
| AYA Healthcare, Inc. |
| Abbott-Laboratories |
| Abbott Diabetes Care, Inc. |
| Accurad Medical Imaging |
| Accuratenow |
| Adaptive Medical Partners |
| Adepto Medical |
| Advance Boiler Repair & Service |
| Advanced Physician Billing, Inc. |
| Advantage RN, LLC |
| Affiliated Medical Services |
| Agema Lab Management, LLC |
| Agility Health LLC |
| Air Evac. EMS |
| Airgas Mid South, Inc. |
| Airgas USA, LLC |
| Alere North America, Inc. |
| Alex J. Kuhlman |
| Alimed |
| Allergan USA, Inc |
| Alliance Radiology, PA |
| Allred Recruiting Group |
| Amazon Capital Services, Inc. |
| American Cancer Society |
| American Esoteric Laboratory (AEL) |
| American Future Systems, Inc. |
| American Osteopathoc Assoc. |
| American Proficiency Institute |

| |
|---|
| American Red Cross Blood Services |
| American Screening Corporation |
| American Solutions for Business |
| Ameripath Oklahoma City |
| Ameripride |
| Amerisource Bergen Drug Corp |
| Amit Kumar |
| Anesthesia Dynamics |
| Angela Cooper |
| Angela Holmes |
| Anthem Blue Cross Life and Health Insurance Company |
| Anthem Health Plans of Kentucky, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of Maine, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of New Hampshire, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of Virginia, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Insurance Companies, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthony Technology, LLC |
| App Group International, LLC |
| Applied Medical |
| Appollo Medical Services |
| Apria Healthcare |
| Arjo, INC. |
| Armstrong Medical |
| Arnett Carbis Toothman, LLP |
| Arrow International, Inc. |
| Aspirar Medical Lab, LLC |
| Assistant United Stated Trustee Jordan Sickman |
| AT&T |
| Atchison Hospital |
| Atlantic Coastal Supply |
| Atlas Medstaff, Inc. |
| Attorney General, State of Missouri |
| Audit Microcontrols, Inc. |
| Auto Chlor Services, LLC |
| BC Technical |
| BCBS of New Mexico |
| Background Check Advantage |
| Baker-Allen Building Supply |
| Baker Donelson Bearman Caldwell & Berkowitz, PC |

| |
|---|
| Bank of Hays |
| Bankruptcy Administrator for the Eastern District of North Carolina |
| Barnes Motor & Parts Plymouth |
| Barney's Electric |
| Baxter Healthcare |
| Bayer Corporation |
| BC Technical |
| BCBSM Inc. doing business as BlueCross BlueShield of Minnesota |
| BH Media Group |
| Beacon Printing & Imaging, Inc. |
| Beckman Coutler, Inc. |
| Bemac Supply |
| Bemes, Inc. |
| Bennie A. Moore Septic Tank |
| Billie Jo Boykin |
| Billy Cochran |
| Bio Electronics |
| Bio Rad Laboratories Inc. |
| Biote Medical LLC |
| Biotronic, Inc |
| Biotronik, Inc. |
| Bioventus |
| Bio-Tek Services, Inc |
| Blue Cross and Blue Shield of Georgia, Inc. |
| Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. |
| Blue Cross Blue Shield of Michigan Mutual Insurance Company |
| Blue Cross Blue Shield of Wisconsin doing business as Anthem Blue Cross and Blue Shield |
| Blue Cross of California, Inc. doing business as Anthem Blue Cross |
| Blue Ridge X-Ray Company, Inc. |
| Bluebird Network, LLC |
| BMI |
| Boone Hospital Center |
| Border States Electric Supply |
| Boston Scientific |
| Bothwell Regional Health Center |
| Bowen Heating & Refrig Inc. |
| Bowen Pharmacy |
| Boyce & Bynum Pathology Lab |
| Brame Specialty Company |
| Brenda L. Herndon |
| Brent King |

| |
|---|
| Briggs Corporation |
| Brightsavings 1, LLC |
| Brittany M. Jordan |
| Brown County 4H Council |
| Brown County Treasurer |
| Bud's Fire Extinguisher Sales |
| Butler & Associates |
| Bybee Lawn |
| C&R Medical |
| CDL Electroni Co., Inc. |
| CED/Philips & Company |
| CEJKA Search |
| CIP Consulting LLC |
| CK Power |
| CPSI |
| CR Bard, Inc |
| CSI/Kansas City, LLC |
| CAH Acquisition Company #1, LLC a Delaware Limited Liability Company doing business as Washington County Hospital |
| CAH Acquisition Company #10, LLC |
| CAH Acquisition Company #11, LLC a Delaware Limited Liability Company doing business as Lauderdale Community Hospital |
| CAH Acquisition Company #12, LLC a Delaware Limited Liability Company doing business as Fairfax Community Hospital |
| CAH Acquisition Company #2, LLC a Delaware Limited Liability Company doing business as Oswego Community Hospital |
| CAH Acquisition Company #3, LLC a Delaware Limited Liability Company doing business as Horton Community Hospital |
| CAH Acquisition Company #4, Inc. an Oklahoma Corporation doing business as Drumright Regional Hospital |
| CAH Acquisition Company #5, LLC a Delaware Limited Liability Company doing business as Hillsboro Community Hospital |
| CAH Acquisition Company #6, LLC a Delaware Limited Liability Company doing business as I-70 Community Hospital |
| CAH Acquisition Company #7, LLC a Delaware Limited Liability Company doing business as Prague Community Hospital |
| CAH Acquisition Company #9, LLC |
| CAH Acquisition Company 16, LLC a Delaware Limited Liability Company doing business as Haskell County Community Hospital |
| Cable One |
| Cameron Blake Smith |
| Canon Medical Systems USA, Inc |
| Cannuflow, Inc |

| |
|---|
| Cardinal Health |
| Cardinal Health - Pharm |
| Cardinal Health 411, Inc. |
| Cardinal Health Nuclear Pharm |
| Careexpand, LLC |
| Carefusion Solutions, LLC |
| Carestream Health, Inc |
| Carol McKinney |
| Carol McLeod |
| Cassidy Skinner Wimp |
| Castle Medical, LLC |
| Cayenne Medical, Inc. |
| Centimark Corp |
| Centurion Medical Products |
| Century Link |
| Cerner Corporation |
| Charles E. Cartwright |
| Chemical Systems, Inc. |
| Cherokee County Ambulance Assc |
| Chetopa High School |
| Christina Schlatter |
| Chrystie L. Stowe |
| Cigna Health and Life Insurance Company |
| Cigna Healthcare |
| Cigna Healthcare of North Carolina, Inc. |
| Cigna Healthcare of St Louis, Inc. |
| Cim Tel Cable, LLC |
| Cindi A Sims - Saline County Collec |
| Cindi Major |
| Citeffe, Inc |
| City of Altamont |
| City of Chetopa |
| City of Drumright |
| City Hillsboro, Kansas |
| City of Oswego |
| City of Parsons |
| City of Powhattan |
| City of Prague |
| City of Sweet Springs |
| Clayton Paper & Distribution |
| Clearchem Diagnostics, Inc. |

| |
|---|
| Clia Laboratory Program |
| CLIA Waived, Inc. |
| College of American Pathologists |
| Commercial Openings |
| Commercial Blood Center |
| Commercial Medical Electronics |
| Communication Services |
| Community Blood Center |
| Community Insurance Company doing business as Anthem Blue Cross and Blue Shield |
| Comphealth Medical Staffing |
| Compcare Health Services Insurance Corporation doing business as Anthem Blue Cross and Blue Shield |
| Complete Business Solutions Group, Inc. |
| Compliant Healthcare Technologies |
| Compugroup Medical, Inc. |
| Computer Products & Supplies Int |
| Comtrix Solutions |
| Concordance Healthcare Solutions |
| Cone Instruments |
| Conmed Corp |
| Cook Medical, Inc |
| Cooper County Memorial Hospital |
| CPP Wound Care #25 LLC |
| CPP Wound Care, LLC |
| Creek County Treasurer |
| Creekridge Capital |
| Crest Healthcare Supply |
| Creswell Water & Sewer Department |
| Crown Linen Service |
| Culligan Water |
| Curtis L. Mellen |
| Curtis S. Potter |
| DNV GL Healthcare USA |
| DP Medical Services |
| Dan Hiben |
| Dana Kabrey |
| Daniel Bercu |
| David Cooks Plumbing |
| David M. Warren |
| Debra Chavez |
| Delta Flex Travelers, LLC |

| |
|---|
| DELTA Healthcare Providers |
| Demco Printing |
| DeMint Anesthesia Services, LLC |
| Denison, Inc. |
| Department of the Treasury – Internal Revenue Servi |
| Design Supply, Inc |
| Devon Nading |
| Diagnostic Laboratory of OK |
| Diamedical USA Equipment, LLC |
| Diane L. Cranor |
| Diane Young |
| Digitec Medical Service Corp |
| Directv |
| Discount Cardiology |
| Dock & Lock Storage |
| Doerner, Saunders, Daniel & Anderson, L.L.P. |
| Dominion North Carolina Power |
| Dominion Virginia Power |
| Donna McBroom |
| Drug Tests in Bulk |
| Drugs of Abuse Testing |
| Drumright Regional Hospital |
| Drumright Rural Health Clinic |
| Dung Tien Pham |
| Durlyn Boradcasting |
| Dusty Ducts, Inc. |
| Dusty Jones |
| Dysha Knight |
| EMP Millipore Corporation |
| EMR Finance, LLC |
| EPIC |
| EPower Doc, Inc. |
| ER Imaging, Inc. |
| ERx, LLC |
| EWT Holdings III Corp |
| East Carolina Door Control Ser |
| East Carolina Supply Co. |
| Eastern Radiologists, Inc. |
| Echo Mills |
| Ecolab |
| Ecom Folders |

| |
|---|
| Electronic Contracting Co |
| Electronics Supply Co, Inc |
| Elesha Draeger |
| Emcare Physician Services, Inc. |
| Emergence Teleradiology |
| Emergency Coverage Corp |
| Emergency Medical Products |
| Emergency Medical Serivces, Inc |
| Emergency Power Systems, Inc. |
| Empire HealthChoice Assurance, Inc. doing business as Empire Blue Cross and Blue Shield |
| Employment Security Commission |
| Empower H.I.S LLC<br>A Florida limited liability company |
| Empower Healthcare, LLC<br>a Florida Limited Liability Company |
| Empower HMS LLC a Delaware Limited Liability Company |
| Enchanted Gardens |
| Epower Doc, Inc |
| Erick Batchelor Plumbing |
| Ernesto Fesser |
| Evoqua Water Technologies |
| Experian Health |
| EZ Way, Inc |
| FDS-MQSA Program - 199125 |
| Fairfax Chief |
| Fairfax Community Hospital |
| Fairfax Healthcare Authority |
| Falls City Mercantile |
| Family Discount Pharmacy |
| Farnam Street Financial Inc. |
| Fedex |
| Fern Vail |
| Fidelity Security Life Insurance Company et al |
| Financial Thrivent |
| First Advantage Background SVC |
| First Advantage Occupational |
| First Capital Corporation |
| First Financial Corporate Leasing |
| First Liberty |
| First Physicians Lending Solutions - Fairfax, LLC |
| Fisher Healthcare |

| |
|---|
| Fisher Scientific Company, LLC |
| Fitzgibbon Hospital |
| Forum Financial Services |
| Fox Rothschild |
| Frogley's Mini Storage |
| Fukuda Denshi USA, Inc. |
| Fusion Meidcal Staffing |
| Futrell's Plumbing |
| Future Health Concepts, Inc |
| GE Capital Corp. |
| GE Healthcare |
| GE Healthcare Financial Services |
| GEHA |
| GEL Funding, LLC |
| GI Coverage, LLC |
| Gail M. Billman |
| Gas & Supply |
| Gemino Healthcare Finance |
| Gene Evans |
| General Electric Capital Corporation |
| Genesis Medical Imaging, Inc. |
| George King Bio- Medical, Inc |
| Gerwick & Assoc., Inc |
| Gerzick & Assoc. Inc. |
| Gina Russell |
| GlassRatner |
| GlaxoSmithKline Pharmaceutical |
| Gordon Kern, MD, LLC |
| Grainger |
| Grant Thornton, LLP |
| Graywater Traders, Inc. |
| Greenville Pathology, PA |
| Hagar Restaurant Service, Inc |
| Halifax Linen Service |
| Hardy Diagnostics |
| Haskell County Community Hospital |
| HD Spply Facil Maint Ltd |
| Health Acquisition Company LLC<br>A West Virginia limited liability company |
| Health Care Logistics |
| Health Data Solutions |
| Healthcare Infection Control Solutions |

| |
|---|
| Healthlink, Inc |
| Healthy Alliance Life Insurance Company |
| Heartland Alarms, Inc |
| Heartland Pathology Consultant |
| Heather Poe |
| Helmer |
| Hemocue, Inc. |
| Hendren, Redwine & Malone, PLLC |
| HERC |
| Hiawatha Ford, Inc |
| High Point Capital |
| Higher Calling Technology |
| Hill-Rom Company, Inc |
| Hillsboro Community Hospital |
| Hillyard/Kansas City |
| HIPPA-Guard |
| HMC/CAH Consolidated, Inc. A Delaware corporation |
| HMO Healthkeepers, Inc. doing business as Anthem Blue Cross and Blue Shield |
| HMO Missouri, Inc. |
| HMS Health, LLC |
| Holt Equipment Co., LLC |
| Home Heating & A/C Co |
| Horizon CSA, LLC |
| Horizon Scientific, Inc |
| Horton Chamber of Commerce |
| Horton City Clerk |
| Horton Community Hospital |
| Horton Headlight |
| Horton High School |
| Horton Thriftway |
| Hospira Worldwise, Inc. |
| Hospital Equipment Rental Co. |
| HPCG Hospital Investment, LLC |
| Hutchison Plumbing |
| I.T.S. USA |
| I-70 COMMUNITY HOSPITAL |
| IBEJI Staffing Corp. |
| IBM Corporation |
| IDEXX Labs |
| IPC, Inc |
| Identicard |

| |
|---|
| iHealthcare, Inc. |
| iHealthcare Management II Company |
| iHealthcare Software Services, Inc. |
| Immucor, Inc. |
| Impact Medical Services, LLC |
| Impact Networking Indiana, LLC |
| Indian Electric Cooperative |
| Industrial Welding & Tool Supply |
| Information Network of Kansas |
| Interior Distributors, Inc. |
| Internal Revenue Service |
| Intuit Inc. |
| Iron Mountain, Inc |
| J&J Health Care |
| Jackson Pharmacy Professionals |
| Jacquieline Betteridge |
| James Shaffer |
| Janet Banowetz |
| Janet White |
| Jeffrey J. Caldwell, DDS, PA |
| Jenkins Risk Management |
| Jennifer Campmier |
| Jennifer P. Wagner |
| Jennifer Stoneking |
| Jernigan Electrical Service Co. |
| Jerod Norris |
| Jessica Mayfield |
| Jill Blankinship |
| Joe Harding Sales & Service |
| Joe Moore & Company, Inc. |
| John A. Bebb, Sr. |
| John Paul H. Cournoyer |
| Johnson Controls Fire Protect |
| Johnson & Johnson Finance Corp |
| Johnstone Supply |
| Jorge A. Perez |
| Joyce L. Hiben |
| Judge Dana L. Rasure |
| Judge Joseph N. Callaway |
| Judge Robert E. Nugent |
| Julee Riley |

| |
|---|
| K&L Safety Products |
| KAMMCO |
| KCI USA |
| KGGF-KUVSN, Inc. |
| KPS Physician Staffing, Inc. |
| KS Dept Health & Environment |
| Kansas Board of EMS |
| Kansas City Power & Light |
| Kansas Department of Revenue |
| Kansas EMS Association |
| Kansas Fire & Safety Equipment |
| Kansas Gas Service Co. |
| Kansas Hospital |
| Kansas Pathology Consultants |
| Kansas Payment Center |
| Kansas Secretary of State |
| Kansas State Board of Pharmacy |
| Kari Chesson Hardison |
| Kehrs Law Offices |
| Keith & Associates, Inc. |
| Keith Plummer |
| Keller Fire & Safety |
| Kempton Company |
| Key Rehabilitation |
| Kinamed, Inc |
| Klenda Austerman LLC |
| Lab Corp of America Holding |
| Labcorp |
| Labette Center – Mental Health Services |
| Labette Health |
| Labette County Kansas |
| Labette County Treasurer |
| Laboratory Start-Up Consultant |
| Laboratory Supply Company |
| Landauer, Inc. |
| Landmark National Bank |
| Larson & Associates |
| Laser Creations |
| Laser Tech Company, LLC |
| Lauderdale Community Hospital |
| Lauderdale County Assessor |

| |
|---|
| Lauderdale County HOPE Foundation |
| Laureen C. Koehler |
| Lemon Tree Floral & Gifts |
| Lexmark Enterprise Software |
| LGC Maine Standards |
| LGMG, LLC |
| Liberty Imaging Partners II |
| Life Safety Services, LLC |
| Lifeblood/Mido UTH Blood |
| Lifeflight Eagle |
| Lighthouse Lab Services |
| Lincoln County News |
| Lincoln County Treasurer |
| Locke Supply Co |
| Love Beal & Nixon, PC |
| Lincare, Inc |
| Lois Roberson |
| M&T Bank |
| MASSCO |
| MFA Oil |
| MHA Health Insurance |
| MHA Management Services Corp |
| MST XS, LLC |
| Madison Medical |
| Main Standards Co., LLC |
| Major Power Generation Services |
| Marmic Fire & Safety Co, Inc. |
| Marion County Treasurer |
| Marjorie K. Lynch |
| Marketlab, Inc. |
| Marshall Democrat News |
| Martin General Hospital |
| Masimo |
| Massco Maintenance Supply |
| Mastercraft  Boiler |
| Matheson Tri-Gas |
| Maxim Healthcare Services, Inc. |
| Maxim Staffing Solutions |
| May Medical, Inc. dba See the Trainer-Bellevue |
| McCartys |
| McKesson |

| |
|---|
| McKesson Corporation |
| McKesson Corporation - RX |
| McKesson Medical-Surgical Inc. |
| McNair Oil Co. |
| Medassurance |
| Medassure |
| Medi Scripts |
| Mediacom |
| Medicaid Missouri |
| Medical Imaging Solutions |
| Medical Technology Assoc |
| Medivators |
| Medline Industries, Inc. |
| MedPrime Capital |
| MEDTOX Diagnostics, Inc |
| Medtox Laboratories, Inc. |
| Medtronic Physio-Control Corp |
| Medusind, inc |
| Medx Group Corp. |
| Melanie Perry |
| Merrick, Baker & Strauss, P.C. |
| Merritt Hawkins & Associates |
| Mercy Hospital |
| Mercy Medical Supply |
| Merry X-Ray Corp |
| Mesirow Ins. Serivces. Inc |
| Metrolina, Inc. |
| Meyer Laboratory Inc |
| Micro Direct, Inc |
| Midland |
| Midray North America |
| Midwest Card & ID |
| Midwest Medical Transport |
| Miller EMS, LLC |
| Medical Imaging Solutions |
| Medline |
| Miller Office Equipment |
| Millpore Corp |
| Mindray DS USA Inc. |
| Mirion Technologies Inc |
| Missouri Department of Revenue |

| |
|---|
| Missouri Employers Mutual |
| Missouri Hospital Association |
| Missouri Network Alliance, LLC |
| Mo-Kan Iron Workers Welfare |
| Mobile Cardiac Care, LLC |
| Modular Space Corporation |
| Molecular Bioproducts |
| Moneysworth Linen Service, Inc. |
| Monson Harware, LLC |
| Morgan Cohen & Bach |
| Morning Sun |
| Mortara Instrument, Inc |
| Mountain X-Ray |
| NOA Medical Supply |
| NC Child Support |
| N.C. Department of Justice |
| Names and Numbers |
| National Fire Suppression |
| Nelson Mullins Riley & Scarborough, LLP |
| Netgen Healthcare |
| Net2Phone |
| Newegg Business, Inc |
| News Leaer Company, Inc |
| Nuesoft Technologies |
| Nortek Medical Staffing, Inc. |
| North Carolina Department of Health and Human Services, Division of Health Benefits |
| North Carolina Department of Labor |
| North Carolina Department of Motor Vehicles |
| North Carolina Department of Revenue |
| North Carolina Division of Empl Security |
| Notary Public Underwriters, Inc |
| Novitas Solutions, Inc. |
| NC DHHS Division of Medical Assistance |
| NC-DHSR |
| NCDHSS |
| NCHA |
| NC Radiation Protection Sec |
| Nthrive Inc. |
| National Recall Alert Center |
| National Staffing Solutions |
| Novartis |

| |
|---|
| NPG Newspaper |
| Nursing Homes, LTD |
| OG&E |
| OK State Board of Pharmacy |
| O'Brien Pharmacy |
| Occupational Health Dynamics |
| Office Depot |
| Officezilla, Inc. |
| Olathe Winsupply |
| Olympus Financial Services |
| Oklahoma Advantage Storehouse, LLC |
| Oklahoma Blood Institute |
| Oklahoma Employment Security Commission |
| Oklahoma Natural Gas Co |
| Oklahoma Tax Commission |
| OneDoc- Managed Print Services |
| Ortho-Clinical Diagnositcs, Inc. |
| OSU Foundation |
| Osage Services Group |
| Oswego Chamber of Commerce |
| Oswego Community Hospital |
| Oswego Drug Store |
| Oswego Fire Department |
| Oswego Project Prom |
| Owens & Minor |
| PC Connection |
| PCH/Leslie Harrison |
| PCM-G |
| PDC Healthcare |
| PLICO |
| PMIC |
| PRN Funding, LLC |
| Pacific Medical, LLC |
| Painweek |
| Par Forms Printing, Inc |
| Partners Financial, LLC |
| Passport Health Communicatons, Inc |
| Patient Telephone Supply |
| Patriot Placement Staffing LLC |
| Patterson Medical |
| Paul L. Nusbaum |

| |
|---|
| Paulette J. Delk |
| Pawnee Chief |
| Pedro Galvez |
| Peregrine Corporation |
| Personnel Concepts |
| Pest X Termite & Pest Control |
| Philips Healthcare |
| Phusion Marketing Group |
| Phyllis Shaffer |
| Physio Control, Inc |
| Piccpros, LLC |
| Pied Piper Services of NA, LLC |
| Pitney Bowes Purchase Power |
| Pitney Bowes, Inc. |
| Platinum Code |
| Pointer Communications |
| Police Department Calendars |
| Ponca City News |
| Practice Management Information, Inc |
| Prague Chamber of Commerce |
| Prague Community Hospital |
| Prague Mini Storage |
| Prague Public Schools |
| Prakash Tirupattur, MD |
| Precision Dynamic Corporation |
| Preferred Health Professionals |
| Premier Spec Network LLC |
| Primeforce Medical Corp |
| Probo Medical |
| Professional Media Resource |
| Professional Software, Inc. |
| Prophysics |
| Psychiatric Medical Care |
| Public Building Commission of Hillsboro, Kansas |
| QCR Holdings Inc. & Subsd |
| Quality Printing, Inc. |
| Quality Systems, Inc. |
| QueenB Television of KS/MO, LLC |
| Quest Diagnostics |
| Quest Diagnostics Clinical |
| Quest Diagnostics Clinical Lab. |

| |
|---|
| Quest Diagnostics Clinical Laboratories Inc. |
| Quidel Corporation |
| Quill Corporation |
| R&D Batteries, Inc. |
| RR Donnelley |
| RSP Trash Service |
| R. Lee Webber, Morton & Germany, PLLC |
| Radiological Solutions |
| Radiology and Nuclear Medicine |
| Radon Medical, LLC |
| Radsource Imaging |
| Rainbow Communications |
| Ram Exterminators |
| Ramp Plymouth, PA |
| Ray Tech |
| Rayford K. Adams III |
| Raymond Howard |
| Readylink Inc. |
| Reboot Inc. |
| Reboot, Inc./HIPPA Guard |
| Regence BlueCross BlueShield of Oregon |
| Regence BlueCross BlueShield of Utah |
| Regence BlueShield |
| Regence BlueShield of Idaho |
| Regional Veterinary Services, Inc |
| Remedies |
| Republic Services #609 |
| Reserve Account |
| Respiratory Maintance, Inc |
| Respironics, Inc. |
| Riggs Drugs, Inc |
| RightCHOICE Managed Care, Inc. |
| Ripley City Recorder |
| Robbie Barber Electrical Services |
| Robert L. Venable, M.D. |
| Roche Diagnostics Corporation |
| Rock Island Key & Lock Shop |
| Rocky Mountain Hospital and Medical Service, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Roger and Mary Swearengin |
| Rollins, Inc. |

| |
|---|
| Royal Publishing, Inc |
| Rural Community Hospitals of Americ Attn: Steven F. White |
| Rural Community Hospitals of America LLC (D.B.A. RCHA) |
| Rural Emergency Medical Prov. |
| Rural Health Partners, LLC |
| Rural Wisconsin Health Coopera |
| S&W Healthcare Corp |
| Sagamorehill of Missouri, LLC |
| Saline County Collector |
| Satterlee Plumbing Heating |
| SHI International Corp. |
| Schneider Electric Buildings |
| Security Bank of Kansas City |
| Security Transport Services, Inc |
| Shamrock Scientific |
| Shane Reed |
| Shared Medical Services Inc |
| Shared Medical Services, LLC |
| Sharn, Inc. |
| Shred-it USA |
| Show-Me Food & Nutrition Services |
| Siemens Financial Services, Inc. |
| Siemens Healthcare Diagnostics |
| Simplex-Grinnel LP - Raleigh |
| Sizewize |
| Skil Resource Center, Inc |
| Skillpath Seminars |
| SMC Direct, LLC |
| Smirk Designs |
| Smith Paper & Janitor Supply |
| Smithkline Beecham Corp |
| Smiths Addressing Machine Serv |
| Somerset Capital Group, Ltd. |
| SonEquity Pest Management |
| Sopyla & Associates |
| SourceMark, LLC |
| SourceOne Healthcare Tech |
| Southeastern Emergency Equipment |
| Southwest Med Equipment, Inc |
| Spectro, LLC |
| Springfield Mechanical Service |

| |
|---|
| Spencer Fane LLP |
| Spilman Thomas & Battle, PLLC |
| Sprvey Medical Systems, Inc. |
| St. Lukes North Hospital |
| Stallard Technologies, Inc. |
| Standley Systems, LLC |
| Staples Business Advantage |
| Stars |
| State of Kansas |
| State of Oklahoma- OSU Center for Health Sciences |
| Stephani W. Humrickhouse |
| Stericycle Inc |
| Sterilelink, Inc. |
| Steve's Auto Upholstery |
| Steven F. White |
| Stevens & Brand, LLP |
| Stigler Municipal Improvement Auth. |
| Stigler News Sentinel |
| Stinson Leonard Street LLP |
| Stone Bank |
| Stormont Vail Health Care |
| Stryker Endoscopy |
| Stryker Instruments |
| Stryker Medical |
| Sun Finance, Inc. |
| Super Shred |
| Swain Gas |
| Sweet Springs Ambulance |
| Sybran Communications, Inc |
| Sysco Food Services |
| Sysko of Kansas City |
| Sysmex America, Inc. |
| T-System, Inc |
| TEK Collect |
| TMS Audio Productons, Inc |
| TX Child Support SDU |
| Taylor Newpaper |
| Tecumseh Oxygen & Medical Supply |
| The ISO 9001 Group |
| The Medical Protective Company |
| The NTL Alliance of Rural Hosp |

| |
|---|
| The Rads Group, Inc. |
| The Roanoke Beacon |
| The Stevens Group, LLC dba Woodstock Dietary Systems |
| Thomas W. Waldrep, Jr. |
| Thompson Bros. Supplies, Inc |
| Threattrack Security |
| TN Dept of Labor - Bureau of Unemployment Insurance |
| Tony's Snow Removal |
| Topeka Health Systems, LLC |
| Topeka Pathology Group |
| Topeka Health Systems Lab |
| Toshiba America Business |
| Toshiba America Medical Credit |
| Toshiba America Medical System |
| Total Medical Personnel Staffing |
| Touchtone Communication |
| Town of Fairfax |
| Town of Plymouth |
| Tracey M. Ohm |
| Trainim Health Services |
| Treasurer of Virginia |
| Treat's Solutions |
| Tri-Anim Health Services, Inc. |
| Tri-County Telephone |
| Tri-Tec Medical, Inc |
| Trial Attorney Carrie Ann Rochrscheib |
| Trial Attorney Christopher T. Borniger |
| Triangle Xray Company |
| Tricounty Telecom |
| Triple H Services |
| Triplett Woolf Garretson, LLC |
| Troy Brown Heating & Cooling |
| Trucode, LLC |
| Truven Health Analytics, Inc. |
| Turner Medical Inc |
| Typenex Medical |
| UMR |
| UPS |
| UnitedHealthcare Insurance Company |
| United Linen & Uniform |
| United Linen Uniform Services |

| |
|---|
| United States Attorney for the Eastern District of North Carolina |
| United States Attorney for the Northern District of Oklahoma |
| Universal Hospital Services |
| US Bank |
| US Dept. of Education |
| US Foodservice |
| US Specialty Labs |
| USA Radiology Management Solutions |
| Utak |
| Verizon Wireless |
| Vermed, Inc |
| Virginia Division of Child Support Enforcement |
| Virtual Radiologic |
| Viztek, LLC |
| Volente Healthcare LLC |
| Vonco Medical Products, Inc |
| Vyne Education, LLC |
| WPS GHA - Reimbursement |
| W.W. Grainger, Inc |
| Waldrep, LLP |
| Walker Auto & Truck Parts |
| Wallach Surgical Devices |
| Waser Plumbing & Heating, Inc |
| Washington County Hospital |
| Washington County, NC |
| Washington Co. Sheriff Calendar |
| Washington County Tax Department |
| Waste Corp of Missouri |
| Waste Management of Kansas, Inc |
| Wave Wireless |
| Wellstart Health, LLC |
| Werfen USA Labs |
| Werring Law Office, LLC |
| Westar Energy |
| Western Healthcare, LLC |
| Western MO Medical Center |
| Westrock Solutions, LLC |
| Williamston Fire Extinguisher |
| Windstream |
| Works & Lentz of Tulsa, Inc. |
| World Acceptance Corp |

| |
|---|
| WPM Pathology Laboratory |
| Wright Medical Technology, Inc. |
| Wright Products, Inc. |
| Wright Signs & Graphics |
| Xerox Corporation |
| Xerox Crop Supplies |
| Zoll Medical Corp |
| Zoro Tools, Inc |

**Schedule 2**

| Relationship Identified | Explanation of Relationship |
|---|---|
| Gemino Healthcare Finance | PHRD has a current client relationship with Gemino Healthcare Finance. This representation does not involve the Debtor, its affiliates, or the bankruptcy issues involved in these cases. |
| Labcorp | PHRD has a past financial relationship with this entity. That past relationship does not involve the Debtor, its affiliates, or the bankruptcy issues involved in these cases. |
| Medline Industries, Inc. | PHRD has a past financial relationship with this entity. That past relationship does not involve the Debtor, its affiliates, or the bankruptcy issues involved in these cases. |
| Mercy Hospital | PHRD has a past financial relationship with this entity. That past relationship does not involve the Debtor, its affiliates, or the bankruptcy issues involved in these cases. |
| Quest Diagnostics | PHRD has a past financial relationship with this entity. That past relationship does not involve the Debtor, its affiliates, or the bankruptcy issues involved in these cases. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Marjorie K. Lynch        *(via CM/ECF)*
Office of the Bankruptcy Administrator

Rayford K. Adams, III       *(via CM/ECF)*
Counsel for the Debtor

This the 11th day of June, 2019.

         **WALDREP LLP**

         /s/ *Thomas W. Waldrep, Jr.*
         Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
         James C. Lanik (N.C. State Bar No. 30454)
         Jennifer B. Lyday (N.C. State Bar No. 39871)
         Francisco T. Morales (N.C. State Bar No. 43079)
         John R. Van Swearingen (N.C. State Bar No. 53646)
         101 S. Stratford Road, Suite 210
         Winston-Salem, NC 27104
         Telephone: 336-717-1440
         Telefax: 336-717-1340
         Email: notice@waldrepllp.com