

2900 Lake Vista Drive / Suite 200 / Lewisville, TX 75067 / 800.336.6569 / djoglobal.com

**FILED**

AUG 2 3 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

July 30, 2019

United States Bankruptcy Court Eastern District of North Carolina - Greenville Division
150 Reade Cir,
Greenville,, NC 27858

### CERTIFICATION OF NO PATIENT ACCOUNT

I am over the age of 18 and duly authorized to respond to bankruptcy notifications for DJO, LLC and its businesses.

There is no patient account pertaining to:

Name:   Cah Acquistion Company

Case No.:   19-01697-5-JNC

SSN:

[X]  A thorough search of our files carried out under my direction using the specific information provided in your request revealed no patient account in DJO, LLC databases. It is to be understood that this does not mean that an account does not exist under another spelling, name, or other classification.

**I declare under penalty of perjury that the foregoing is true and correct.**

July 30, 2019
Date

*Libby Willson*
Signature of DJO, LLC Representative

**Libby Willson**
DJO, LLC Representative Name
(print)



AIRCAST    chattanooga    CMF    COMPEX    djosurgical.    DONJOY    Dr.Comfort    PROCARE

RECEIVED
JUL 1 2 2019
BY:......................

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC d/b/a ) | |
| FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

**NOTICE OF SECOND APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES**

NOTICE IS HEREBY GIVEN that Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), has filed a Second Application for Approval to Pay Co-Counsel for the Trustee's Fees; and,

FURTHER NOTICE IS HEREBY GIVEN that Hendren Redwine has applied for compensation in the amount of EIGHT THOUSAND NINE HUNDRED SEVENTY-FIVE DOLLARS AND 95/100 ($8,975.95) and THIRTY-ONE DOLLARS AND 98/100 ($31.98) for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of NINE THOUSAND SEVEN DOLLARS AND 93/100 ($9,007.93) for the period of April 1, 2019 through June 2, 2019; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATE: July 3, 2019

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No. 37012
HENDREN, REDWINE & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
CO-COUNSEL FOR THE CHAPTER 11 TRUSTEE