**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC ) | |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**AFFIDAVIT OF ELIZABETH PUSEY IN SUPPORT OF ASSET SALE AND RURAL WELLNESS FAIRFAX, INC.'S DESIGNATION AS GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(M).**

I, Elizabeth Pusey, M.D., being duly sworn, hereby deposes and says under penalty of perjury that the foregoing is true and correct:

1. I am of the age of majority and have never been convicted of a felony.

2. I am the President of Rural Wellness Fairfax, Inc., an Oklahoma corporation ("Purchaser"). I am knowledgeable about and familiar with Purchaser's financial affairs, and I am authorized to submit this Affidavit on behalf of Purchaser.

3. Except as otherwise indicated herein, the facts set forth in this Affidavit are based upon my personal knowledge, my review of relevant documents, information provided to me by counsel, information provided to me by the Trustee for the above captioned bankruptcy case, or my opinion based upon my experience, knowledge and information concerning Purchaser's finances. If called upon to testify, I would testify to the facts set forth in this Affidavit.

4. Through the *Motion for (I) an Order (A) Establishing Bidding Procedures, (B) Approving Form and Manner of Notices, (C) Scheduling Hearing to Consider Final Approval of Sale and Treatment of Executory Contracts and Unexpired Leases and, (D) Granting Related Relief, and (II) an Order (A) Approving Sale Free and Clear of all Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Doc. No. 330] (the "Motion"), Thomas W. Waldrep, Jr., the duly appointed Chapter 11 Trustee in the above captioned bankruptcy case (the "Trustee") seeks to sell substantially all of the assets

125913250_1

of the above captioned debtor (the "Debtor"). The Trustee determined that Purchaser was the "Successful Bidder" as contemplated by that certain sale procedures order entered by the Court on November 27, 2019 [Doc. No. 351] (the "Sale Procedures Order") subsequent to an auction conducted on December 19, 2019.

5. Neither I nor Purchaser are an "insider" as the term is defined under 11 U.S.C. § 101 of the Debtor, Trustee or any other party known to have submitted a bid for the Debtor's assets (collectively, the "Competing Bidders", with each a "Competing Bidder").

6. Further, neither I nor Purchaser acted in concert or colluded with any Competing Bidder in regard to the purchase of any of the Debtor's assets.

7. The terms of the agreement and related documents providing for the sale of substantially all of the Debtor's assets were negotiated at arms-length between Purchaser and Trustee.

8. Any bids or negotiations by Purchaser concerning the sale of substantially all of the Debtor's assets were undertaken in good faith.

FURTHER AFFIANT SAYETH NOT.

[*Signature follows on next page.*]

DATED: January _15_, 2020.

_____Elizabeth Pusey M.D._____
Elizabeth Pusey, M.D.

STATE: ___CA_____

COUNTY: ___Orange_____

    I, the undersigned notary public, certify that Elizabeth Pusey, M.D. personally appeared before me this day and acknowledged to me that she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated.

Date: __JAN. 15, 2020__

Notary Signature: __Jill Bernshouse, Notary Public__

Printed Name: __Jill Bernshouse, Notary Public__

Commission expires: __06-13-2020__

NOTARY SEAL:

[Seal: JILL BERNSHOUSE / Notary Public - California / Orange County / Commission # 2156561 / My Comm. Expires Jun 13, 2020]

Pls. see attached CA Acks.

*Affidavit of Elizabeth Pusey in Support of Asset Sale and Rural Wellness Fairfax, Inc.'s Designation as a Good Faith Purchaser Under 11 U.S.C. § 363(m)*

# CALIFORNIA ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __ORANGE__

On __JAN 15, 2020__ before me, __Jill Bernshouse, Notary Public__,
      Date                         Here Insert Name and Title of the Officer
personally appeared __Elizabeth Pusey__
                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: JILL BERNSHOUSE, Notary Public - California, Orange County, Commission # 2156561, My Comm. Expires Jun 13, 2020]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Jill Bernshouse, Notary Public__
        Signature of Notary Public

Place Notary Seal and/or Stamp Above

---

## OPTIONAL

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __US Bankruptcy Affidavit__
Document Date: __JAN 15 2020__ Number of Pages: __4__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Elizabeth Pusey__
☒ Corporate Officer – Title(s): __President__
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: __Rural Wellness Fairfax, Inc.__

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-01697-5-JNC** |
| **CAH ACQUISITION COMPANY 12,** ) | |
| **LLC, d/b/a FAIRFAX COMMUNITY** ) | **Chapter 11** |
| **HOSPITAL,** ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of **AFFIDAVIT OF ELIZABETH PUSEY IN SUPPORT OF ASSET SALE AND RURAL WELLNESS FAIRFAX, INC.'S DESIGNATION AS GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(M)** was served via electronic service through CM/ECF upon those who have registered for such service listed on **Exhibit A** on January 16, 2020.

This the 16 day of January, 2020.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Co-Counsel for the Trustee*

# EXHIBIT A

### ELECTRONIC SERVICE VIA CM/ECF

Rayford K. Adams, III on behalf of Debtor

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Francisco T. Morales on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian Behr on behalf of Bankruptcy Administrator Marjorie K. Lynch

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Lara S. Martin, Esquire, on behalf of Creditor, Beckman Coulter, Inc.

Sam G. Bratton, II on behalf of Debtor CAH Acquisition Company 12, LLC and Interested Party Doerner, Saunders, Daniel & Anderson, LLP

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig