**VAN–124** Order Continuing Hearing – Rev. 10/11/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
CAH Acquisition Company 12, LLC
  ( <u>known aliases</u>: Fairfax Community Hospital )
PO Box 955734
Saint Louis, MO 63195

TaxID: 27–1730967

CASE NO.: 19–01697–5–JNC

DATE FILED: April 1, 2019

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Wednesday, January 29, 2020
TIME:     01:00 PM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Motion to Use Cash Collateral

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the creditor requesting the continuance evidencing service on all creditors by the following date: January 22, 2020

DATED: January 16, 2020

                                        Joseph N. Callaway
                                        United States Bankruptcy Judge