**SO ORDERED.**

**SIGNED this 7 day of July, 2020.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Case No. 19-01230-5-JNC** |
| CAH ACQUISITION COMPANY #2, LLC, d/b/a | ) |
| OSWEGO COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01180-5-JNC** |
| CAH ACQUISITION COMPANY #3, LLC, d/b/a | ) |
| HORTON COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01300-5-JNC** |
| CAH ACQUISITION COMPANY 6, LLC, d/b/a | ) |
| PRAGUE COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01298-5-JNC** |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a | ) |
| PRAGUE COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |

1

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a | ) |
| FAIRFAX COMMUNITY HOSPITAL, | ) Chapter 11 |
| | ) |
| Debtor | ) |
| | ) |
| IN RE: | ) |
| | ) Case No. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC, d/b/a | ) |
| HASKELL COUNTY COMMUNITY HOSPITAL, | ) Chapter 11 |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | ) |
| | ) |

## ORDER APPROVING MOTION TO APPROVE CONSENT ORDER REGARDING PAYMENT TO SHERWOOD PARTNERS, INC. SALES AGENT FOR THE TRUSTEE

This matter comes before the court upon the Motion to Approve Consent Order filed by Sherwood Partners, Inc. on June 12, 2020 (the "Motion"); and it appearing that all parties were served with notice of the Motion; and it appearing that no objections were filed; and it further appearing that the Motion is made in the best interest of all parties and the bankruptcy estate and should be approved;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that

1.      The Motion is approved; and

2.      The Court will enter a separate order in the form contemplated by the Motion.

**"End of Document"**

2