United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 19-01697-JNC
CAH Acquisition Company 12, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5      User: admin      Page 1 of 5
Date Rcvd: Jun 22, 2023      Form ID: pdf014      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CAH Acquisition Company 12, LLC, PO Box 955734, Saint Louis, MO 63195-5734 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Ashley S. Rusher | on behalf of Defendant Rural Wellness Fairfax  Inc. asr@blancolaw.com |
| Benjamin E.F.B. Waller | on behalf of Counter-Defendant CAH Acquisition Company 7  LLC d/b/a Prague Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of Plaintiff Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of 3rd Party Defendant CAH Acquisition Company 6  LLC d/b/a I-70 Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 5 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 1 |

Benjamin E.F.B. Waller
    on behalf of Counter-Defendant CAH Acquisition Company 3  LLC d/b/a Horton Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of 3rd Party Defendant CAH Acquisition Company 3  LLC d/b/a Horton Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of 3rd Party Defendant CAH Acquisition Company 16  LLC d/b/a Haskell County Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of Counter-Defendant CAH Acquisition Company 1  LLC d/b/a Washington County Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of Counter-Defendant CAH Acquisition Company 6  LLC d/b/a I-70 Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of Counter-Defendant CAH Acquisition Company 16  LLC d/b/a Haskell County Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of 3rd Party Defendant CAH Acquisition Company 7  LLC d/b/a Prague Community Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of 3rd Party Defendant CAH Acquisition Company 1  LLC d/b/a Washington County Hospital bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of Trustee Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Brian Behr
    on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov

Brian R. Anderson
    on behalf of Special Counsel Greenberg Traurig  P.A. BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Other Professional SAK Management Services  LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Charles N. Anderson, Jr.
    on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Eric Winston
    on behalf of Interested Party Rural Wellness Fairfax  Inc. ericwinston@quinnemanuel.com

Eric J. Langston
    on behalf of Defendant Rural Lab Outreach  LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Defendant Michael Reece elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

George M. Oliver
    on behalf of Other Professional Sherwood Partners  Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV
    on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

| | | | |
|---|---|---|---|
| District/off: 0417-5 | User: admin | | Page 3 of 5 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | | Total Noticed: 1 |

James Albert Barnes, IV
    on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III
    on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren
    on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren
    on behalf of Plaintiff Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler
    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jennifer B. Lyday
    on behalf of Financial Advisor Grant Thornton LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 8836221420@filings.docketbird.com

John A. Northen
    on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Interested Party Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Defendant Steve White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Steven F. White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Sun Finance Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Defendant Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

District/off: 0417-5 User: admin Page 4 of 5
Date Rcvd: Jun 22, 2023 Form ID: pdf014 Total Noticed: 1

John Paul Hughes Cournoyer
 on behalf of Counter-Defendant Paul L. Nusbaum jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
 on behalf of 3rd Party Defendant Steve White jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
 on behalf of 3rd Party Defendant Paul L. Nusbaum jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
 on behalf of Counter-Defendant Steve White jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John R. Van Swearingen
 on behalf of Trustee Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
 on behalf of Plaintiff Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
 on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee 1107444420@filings.docketbird.com

Kelly Alfred Cameron
 on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee kcameron@waldrepwall.com

Kirstin E. Gardner
 on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden
 on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov kristen.caldaro@usdoj.gov

Michael J. Quinn
 on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

Neal Fowler
 on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Paul A. Fanning
 on behalf of Interested Party Cohesive Healthcare Management and Consulting LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III
 on behalf of Debtor CAH Acquisition Company 12 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca F. Redwine
 on behalf of Trustee Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Rebecca F. Redwine
 on behalf of Plaintiff Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde
 on behalf of Interested Party Cohesive Healthcare Management and Consulting LLC ross.plourde@mcafeetaft.com

Ryan Srnik
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ryan.srnik@brockandscott.com wbecf@brockandscott.com

Ryan Delaney Oxendine
 on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Sam G. Bratton, II

District/off: 0417-5　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 5 of 5
Date Rcvd: Jun 22, 2023　　　　　　　　　　　Form ID: pdf014　　　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor CAH Acquisition Company 12 LLC sbratton@dsda.com |
| Sam G. Bratton, II | |
| | on behalf of Interested Party Doerner Saunders, Daniel & Anderson, LLP sbratton@dsda.com |
| Thomas W. Waldrep, Jr. | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | |
| | on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Vicki L. Parrott | |
| | on behalf of Creditor Sun Finance Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | |
| | on behalf of Creditor Steven F. White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | |
| | on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | |
| | on behalf of Defendant Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | |
| | on behalf of Defendant Steve White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | |
| | on behalf of Interested Party Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| William P Janvier | |
| | on behalf of Interested Party Boa Vida Foundation Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com |
| William Walt Pettit | |
| | on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |
| William Walt Pettit | |
| | on behalf of Creditor Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |
| William Walt Pettit | |
| | on behalf of Defendant Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |
| William Walt Pettit | |
| | on behalf of 3rd Party Plaintiff Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |

TOTAL: 95

**SO ORDERED.**

**SIGNED this 22 day of June, 2023.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |

**ORDER ON COMPENSATION FOR SPECIAL COUNSEL
MCDONALD HOPKINS, LLP, FOR LITIGATION FUNDING PROCUREMENT**

The matter before the Court is contained in the Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) INVT. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins, LLP, related to Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock and Bailey, PLLC, and McDonald Hopkins, LLP, Related to Litigation Funding, Effective from and after April 15, 2023 (Dkt. 1580; the "Motion"). The Motion was filed on May 23, 2023, by Thomas W. Waldrep, Jr., in his capacity as trustee of the estates of the above-captioned Debtors ("Trustee"). This order is limited to the request listed in component (II) above concerning compensation sought by special litigation counsel, McDonald Hopkins, LLP, for its work related to obtaining procurement of the Litigation Funding Agreement. The Bankruptcy Administrator filed a response to the Motion (Dkt. 1588; the "Response") on June 13, 2023. The Motion and Response were heard by the court on June 20, 2023, in Greenville, North Carolina.

At the hearing, after considering the evidence presented and arguments of counsel, components (I) and (III) of the Motion were approved in part. A separate order regarding the same was entered on June 22, 2023 (Dkt. 1593). In support of the relief requested in component (II), the court also considered the Affidavit of Marc Carmel (Dkt. 1586; the "Affidavit") filed June 5, 2023. In the Affidavit, Mr. Carmel details the work, time and effort expended in obtaining the Litigation Funding Agreement now approved by the court. The services were rendered between December 15, 2021, and May 23, 2023, as detailed and itemized in Exhibit A attached to the Affidavit. The compensation sought totals $90,665.50 when calculated at the firm's normal hourly rates for the professionals listed. McDonald Hopkins then seeks to double that compensation to $181,331.00 based on risk, value, and success.

2

McDonald Hopkins argues that the nature, value, and risk of the matter should be considered as a broker fee request rather than attorney time. However, McDonald Hopkins never sought and was not employed as a broker for the Litigation Trusts and the Trustee in these cases. It therefore has no authority to seek broker compensation. Even if such employment had been sought, the court was unlikely to grant the same. McDonald Hopkins is employed as special litigation counsel for the Litigation Trusts and Trustee, and as such it and its attorneys owe a higher degree of loyalty and professionalism than any mere broker. In fact, from the record it appears McDonald Hopkins has provided that higher degree of loyalty and professionalism in this matter that the court expects. The work in obtaining litigation funding is well within attorney work scope.

For these reasons and others appearing of record, the court declined to treat the request as a broker fee, but instead, reviewed the matter as a legal fee request made under sections 330 and 331 of the Bankruptcy Code, plus a request for fee enhancement. The court has reviewed and finds that the underlying fee request, for the actual and detailed time set forth in the Affidavit, was reasonable and necessary work for the Litigation Trusts and Trustee performed within the scope of McDonald Hopkins' employment. The $90,665.50 base fee sought is accordingly approved as stated at the hearing.

The court next considered whether an enhancement of the base amount would be warranted under factors enumerated by the Fifth Circuit in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), adopted in the Fourth Circuit as the test for fee enhancement in *Barber v. Kimbrell's, Inc.,* 577 F.2d 216, 226 (4th Cir.), *cert. denied,* 439 U.S. 934, 99 S.Ct. 329, 58 L.Ed.2d 330 (1978). After reviewing the "Johnson Factors" applicable here, the court declines to double the base fee, finding that the work does not merit such a large enhancement. However, the request for some enhancement is appropriate given the associated risks and success. The court in its discretion awards a success bonus in the amount of $34,334.50 for a total approved fee of $125,000.00 (including costs). The amount was announced in open court at the hearing and no party present objected.

THEREFORE, it is ORDERED and DECREED that compensation and fees for McDonald Hopkins, LLP, as special counsel for the Trustee, is ALLOWED and GRANTED in the total amount of $125,000 for the work performed between December 15, 2021, through May 23, 2023, specified in Exhibit A attached to the Affidavit and sought in the Motion. Such amount may be paid by the Trustee from proceeds drawn from the approved Litigation Funding Agreement approved in the Litigation Funding Order when appropriate in his business judgment.

**END OF DOCUMENT**